# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

JOSE MARIA DECASTRO

*Plaintiff*

v.

JOSHUA ABRAMS, ET AL.

*Defendant*

Civil Action No.:
1:22-CV-11421-ADB

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Joshua Abrams
21 Valley Rd.
Stoneham, MA
02180

Kate Peter
Et Ali  47 Avery St.
Apt #1
N. Attleboro, MA
02760

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
CLERK OF COURT

/s/ – Francis Castilla
Signature of Clerk or Deputy Clerk

ISSUED ON 2022-09-02 14:25:12, Clerk USDC DMA

# Affidavit of Process Server

**United District Court , District of Massachusetts**
(NAME OF COURT)

| Jose Maria Decastro | vs | Joshua Abrams | 1:22 CV 11421 ABD |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Ian Daley, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __Katherine Peters__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons and complaint__

by leaving with __Katherine Pete__ (personal Service) At
NAME — RELATIONSHIP

☑ Residence __47 Avery St #1__  __North Attleboro, MA  02760__
ADDRESS — CITY / STATE

☐ Business _____
ADDRESS — CITY / STATE

On __September 15, 2020__ AT __832 pm__
DATE — TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE
from _____
CITY   STATE   ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE  TIME    DATE  TIME
(3) _____ (4) _____ (5) _____
DATE  TIME    DATE  TIME    DATE  TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

_/s/ Ian Daley_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __19th__ day of __September__, 20__22__, by _____,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SHERER A. MINOR
Notary Public, Commonwealth of Massachusetts
My Commission Expires July 20, 2023

_/s/_
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of __Massachusetts__

NAPPS

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# AFFIDAVIT OF SERVICE

| Case:<br>1:22-CV-11421-ADB | Court:<br>United States District Court for the District of Massachusetts | County:<br>Suffolk, MA | Job:<br>7657348 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Jose Maria DeCastro | | **Defendant / Respondent:**<br>Joshua Abrams, et al | |
| **Received by:**<br>Street Smart Investigations & Constables, LLC. | | **For:**<br>Ian Daley | |
| **To be served upon:**<br>Joshua Abrams | | | |

I, Alan Bishop, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Joshua Abrams, Home: 21 Valley Road, Stoneham, MA 02180
**Manner of Service:** Substitute Service - Abode, Sep 16, 2022, 11:03 am EDT
**Documents:** Federal Summons in a Civil Action; Federal Complaint for Defamation; Ghostwriting Certificate; Civil Docket for Case (Received Sep 14, 2022 at 5:00pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Sep 15, 2022, 12:42 pm EDT at Home: 21 Valley Road, Stoneham, MA 02180
Adult female answered the door and identified herself as Joshua Abrams mother. She stated that Abrams does not live here. She stated that she knew him, has no idea where he is, and that I could track him down myself.

2) Successful Attempt: Sep 16, 2022, 11:03 am EDT at Home: 21 Valley Road, Stoneham, MA 02180 received by Joshua Abrams.
Service was made, Last & Usual, to the named person, at the place of abode. A True and Attested copy of this document was also mailed, on this same day, to this same address, via USPS, First Class Mail.

_Alan Bishop_                09/18/2022
Alan Bishop                  Date

Street Smart Investigations & Constables, LLC.
200F Main Street Suite 313
Stoneham, MA 02180
781-605-1988