```
                                                              FILED
                                                         IN CLERKS OFFICE
                              Katherine Peter
                              47 Avery Street
                          North Attleboro, MA 02760    2022 OCT -3 PM 12: 57


                                                         U.S. DISTRICT COURT
                                                          DISTRICT OF MASS.
```

September 28, 2022

Clerk's Office
U.S. District Court for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

By Certified, First-Class Mail & Email Return Receipt Request
Certified No.: 7021 1970 0000 2975 8646
Jose M Decastro
1258 Franklin Street
Santa Monica, CA 90404
Email to:
iamalaskan@gmail.com

By Certified, First-Class Mail
Certified No.: 7021 1970 0000 2975 8660
Clerk's Office
U.S District Court for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

        Re:    DeCastro v. Abrams, et al.
               22-CV-11421-ADB

Dear Sir or Madam:

As a defendant in the above referenced action, I am working toward retaining counsel, but I may not be able to do so before the expiration of the time allowed for filing a responsive pleading. Accordingly, I ask this court to enlarge the time within which the pleading must be filed.


Sincerely,

*[signature]*

Katherine Peter