JOSHUA ABRAMS

21 VALLEY RD

STONEHAM MA, 02180

FILED
IN CLERKS OFFICE

2022 OCT -5 AM 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

OCTOBER 2, 2022

CLERKS OFFICE

US DISCTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

1 COURTHOUSE WAY, SUITE 2300

BOSTON, MA 02210

RE: DeCastro v. Abrams, et al.

   22-CV-11421-ADB

Dear Sir or Madam:

As a defendant in the above referenced action, I am working toward retaining counsel, but I may not be able to do so before the expiration of the time allowed for filing a responsible pleading. Accordingly, I ask this court to enlarge the time within which the pleading must be filed. I respectfully request an extension from this court.

Sincerely,

*[signature]*

Joshua Abrams