IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE MARIA DeCASTRO, <br> a/k/a CHILLE DeCASTRO <br> a/k/a/ DELETE LAWZ, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA ABRAMS <br> a/k/a ACCOUNTABILITY FOR ALL, <br> KATE PETER <br> a/k/a MASSHOLE TROLL MAFIA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No.: 1:22-cv-11421-ADB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Benjamin J. Wish on behalf of, Kate Peter a/k/a MASSHOLE TROLL MAFIA, in the above-captioned matter.

        Respectfully submitted,

        KATE PETER a/k/a MASSHOLE TROLL MAFIA,

        By her Attorneys,

        /s/ *Benjamin J. Wish*
        Benjamin J. Wish (BBO # 672743)
        Maria T. Davis (BBO # 675447)
        TODD & WELD LLP
        One Federal Street, 27th Floor
        Boston, MA 02110
        (617) 720-2626
        bwish@toddweld.com
        mdavis@toddweld.com

Dated:  October 12, 2022

## CERTIFICATE OF SERVICE

I, Benjamin J. Wish, hereby certify that on October 12, 2022, I caused the foregoing document to be served via email upon the following counsel of record:

Jose Maria DeCastro *(Pro Se)*
1258 Franklin Street
Santa Monica, CA  90404
iamalaskan@gmail.com

                                              */s/ Benjamin J. Wish*
                                              Benjamin J. Wish