# Exhibit A

**From:** Delete Lawz <deletelawz@gmail.com>
**Sent:** Tuesday, October 11, 2022 9:25 PM
**To:** Wish, Benjamin; info@massholereport.com
**Subject:** Re: DeCastro v. Abrams

Oh no. Nooooo

You're not on the record, we check the court docket

And… You need to understand by learning

You can shove your cease-and-desist up your ass

Kate — I'm never going to stop until you're done. I will never ever ever ever ever stop

And it's not just me

Sent from my iPhone

> On Oct 11, 2022, at 6:13 PM, Wish, Benjamin <bwish@toddweld.com> wrote:
>
> Mr. DeCastro,
>
> I'd ask that you please do me the professional courtesy of dealing with this matter on the merits, rather than with invective and insulting emails and voicemails.
>
> While I understand you have significant anger towards my client, I would respectfully request that you communicate solely with me and refrain from ad hominem attacks.
>
> Thank you.
>
> Benjamin J. Wish
> Todd & Weld LLP
> One Federal Street, Boston, MA 02110
> T: 617-624-4786
> www.ToddWeld.com
>
> _____
> This e-mail, and any attachments thereto, is intended only for the addressee(s) named
> herein and may contain legally privileged and/or confidential information. If you are not
> the intended recipient, you are hereby notified that any dissemination, distribution or
> copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have
> received this e-mail in error, please immediately notify me by return e-mail and
> permanently delete the original and any copy of this e-mail message and any printout
> thereof.
>
> To ensure compliance with requirements imposed by the U.S. Internal Revenue Service,
> we inform you that any U.S. tax advice contained in this communication (including any

1

> attachments) is not intended or written to be used, and cannot be used, for the purpose of
> avoiding U.S. tax penalties.

| | |
|---|---|
| **From:** | Delete Lawz <deletelawz@gmail.com> |
| **Sent:** | Wednesday, October 12, 2022 6:27 PM |
| **To:** | Wish, Benjamin |
| **Cc:** | O'Brien, Rebecca |
| **Subject:** | Re: Amended Complaint |

"Fuck you Loser" <----- I get about 100 of those per day Every day ---
This will not be amicable.

On Wed, Oct 12, 2022 at 12:51 PM Wish, Benjamin <bwish@toddweld.com> wrote:

Mr. DeCastro,

Thank you for clarifying that you will await our response to your complaint rather than amending now.

Please refrain from the invective and name calling. It's unhelpful.

Ben

**From:** Delete Lawz <deletelawz@gmail.com>
**Sent:** Wednesday, October 12, 2022 3:33 PM
**To:** Wish, Benjamin <bwish@toddweld.com>
**Cc:** O'Brien, Rebecca <robrien@toddweld.com>
**Subject:** Re: Amended Complaint

Not a Chance in Hell. We do every single step.
I'm being harassed by 100 angles.

I'll not stop until I end this nonsense.
Kate used to dress up in a Pregnancy Outfit and go and ask for Coathangers at Clinics.

Not kidding.
She's done this harassing to at least 6 people- I have sworn statements from them.

She's being sued by another guy I know.
I'll send you the evidence in discovery.

1

She's a bad person.
Best of Luck
Ill wait for your response to my complaint

Glad you're making $$$$ bud. Glad you only care about $$$$
Think about it -- or why else would you represent a shithead like Kate?

$$$$$$$$$$$$$$$$$$$$$$$$


Sad. Pathetic.




On Wed, Oct 12, 2022 at 12:17 PM Wish, Benjamin <bwish@toddweld.com> wrote:


Mr. DeCastro,


Please copy my colleague Rebecca O'Brien, copied here, on all communications.


I'm not responding to the substance of your email below. We'll respond to your original complaint; just wanted to see if we could move forward more efficiently by addressing your forthcoming amended complaint.


Thank you.

Benjamin J. Wish

Todd & Weld LLP

One Federal Street, Boston, MA 02110

T:  617-624-4786

www.ToddWeld.com


2

On Oct 12, 2022, at 3:04 PM, Delete Lawz <deletelawz@gmail.com> wrote:

You can go ahead and respond… to my original complaint

There's a process here and we're gonna follow it

U Might want to research your own case… It's going to be used in our court case.

Not sure if you know this or not but your client made another video about me last night… An hour plus long… Just laughing and painting me in a negative light…lying. Crazy. Just sitting there lying and the lies can be proven.

I'm glad you grew up principled and you're doing the right thing

Lol.  I'm not giving you the amended complaint until you respond to the original complaint

Wait till I send over Discovery. Wow. Its a BOOK of clear IIED, Slander and libel.

Have a nice day

Chille

Sent from my iPhone

> On Oct 12, 2022, at 11:58 AM, Wish, Benjamin <bwish@toddweld.com> wrote:
>
> Mr. DeCastro,

3

You mentioned in a prior email that you intended to file an amended complaint.

When do you intend to amend? I'm just trying to evaluate whether we should put together our answer now or await your amended complaint.

Thank you.

Benjamin J. Wish (he/him/his)

 Todd Weld

Todd & Weld LLP

One Federal Street, Boston, MA  02110

Tel:  617.624.4786   Fax:  617.624.4886

www.toddweld.com

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.



This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

| | |
|---|---|
| **From:** | Delete Lawz <deletelawz@gmail.com> |
| **Sent:** | Monday, October 17, 2022 3:05 PM |
| **To:** | Wish, Benjamin |
| **Cc:** | info@massholereport.com |
| **Subject:** | Re: Motion / Retraction of Conference |

Benjamin

I hope that this email finds you well, if you are Benjamin and if you are actually representing Kate in court. I just don't know.

I have not received anything in the mail from you. I can't trust email.  Before you and I can confirm… I have to receive a certified letter in the mail according to rule 5(b)

I am available at home here in Santa Monica… Which is a very scary thing to let your client know. People have come to my home. I have a video. They pulled up to me and said "Kate Always Wins".  It was quite scary. We have filed a subpoena with the Florida DMV to get the license plate registered owner. I will be going after that person legally for stalking.

Maybe ask this person Kate that you decided to represent to NOT divulge my location at this moment so that I can have some sense of normalcy in my life AND be available to receive your meal. I'm not going to be home if I can't be sure that my safety isn't in jeopardy. Please confirm with your client to ensure that she's not going to reveal my location so that I can chill at home and wait for the mail to be sure that you are you and you are following federal rules procedure 5(b).

But Yeah— I would need the actual letter in the mail. It doesn't matter what you say on email, Kate has a Troll Mafia. This IS what they do.

I don't have electronical filing.  So I'm not privy to what is posted there. I Dont Know. Sorry man.

Kate has destroyed my trust in my fellow man. I wish I could trust you; I can't. That's why we fall back to federal rules of procedure.  5(b)

After I get the service Benjamin, I hope that we can talk on the phone and have a decent conversation.

All my call are recorded. Every. Single. One.  So, maybe we won't be able to speak.  I Dont Know.  You ll have to decide that.

I can promise you though that my journalistic endeavors do not include this. I could stipulate with you that I won't broadcast our discussion.

I am not interested in using this case as social media fodder. That's what your client does. That's exactly what she does. So while my call might be recorded, I'd be willing even to sign in agreement that I wouldn't broadcast the conversation.

I'm looking to work with you in good faith to have Kate remove every single video about me, make a full apology and then decide with the financial settlement will be moving forward for the next several years.

As soon as I know that you're the actual attorney on the record… And then you file a response. Then I'll send you my amended complaint. And the discovery that goes with my amended complaint.  It's thick.  She has done a lot of Stalking

and Hostinf stalking and LOL'ing about Stalking me.  She calls me an "LOL-Cow".  She laughs that me being stalked is a major problem for me.

Here's the bonus for you guys… Last night, someone identified her fake user handle in discord as being Kate from the Troll Mafia channel on YouTube. We really needed that to happen and it finally did. Super grateful

I really hope this someone of normalcy enters this conversation very soon. Your client is a deranged lunatic. She is already starting to defame, harass and attempt to destroy another person's life. She's already picked her target. She's already talked about it in her discord account.

If she had put the same focus into her children, she wouldn't of lost two of her sons.

Respectfully,
Jose M DeCastro
AKA LOL-Cow

Remember what my stipulations are to mediation or arbitration or anything of the kind.

1. Kate has to remove every single video about me. Any likeness, my voice, anything Hass to be removed
2. Kate has to say she's sorry and that she regrets what she has done.
3. An initial payment upfront and then a financial settlement moving forward in perpetuity including a percentage of her YouTube channel and all earnings is going to have to be established

Otherwise we're going to trial.

Still laughing, Katie?


Sent from my iPhone


> On Oct 17, 2022, at 11:46 AM, Wish, Benjamin <bwish@toddweld.com> wrote:
>
>
> Mr. DeCastro,
>
> I have mailed my Notice of Appearance to you. I also emailed my Notice of Appearance to you at this email address. It is also available on Pacer.
>
> I take your email below to mean that you're not willing to speak with me until you are in receipt of my notice of appearance by mail. Let me know if I have that wrong, though.
>
> I also note that Massachusetts is a two-party consent state, and I do not consent to your recording me.
>
> Please do let me know if you would like to speak about the basis for your contemplated motion.
>
> Thank you.
>
> Ben

**From:** Delete Lawz <deletelawz@gmail.com>
**Sent:** Monday, October 17, 2022 6:32 AM
**To:** Wish, Benjamin <bwish@toddweld.com>; info@massholereport.com
**Cc:** O'Brien, Rebecca <robrien@toddweld.com>
**Subject:** Re: Motion / Retraction of Conference

Benjamin,

I apologize for the 3:30 in the morning email… I just realized.

After talking it over with my people, I'm afraid I can't discuss the motion with you because I still haven't received a letter of appearance from you.

I have to receive a letter from you in the mail.  Federal rules of procedure 5(b)

I'm only including you on emails as a courtesy. Kate Peter, runs a troll mafia. They enjoy reading out loud personal court documents and if they can infiltrate, and disrupt, they will.

They can't really infiltrate a phone call if I was to call your office, though

I'm more than willing to jump on a call with you to work this out

Granted I will have counsel on the phone and also be recording the phone call.

I feel like it's always important to have counsel.

I have a sixth amendment right to be assisted by counsel, not led by counsel.  There's a big difference between those two things. It's important that we use our rights in the way that they were originally intended.

…

I feel bad that we got off on the wrong foot because when you're being stalked everywhere you go, it really gets you in an emotional place sometimes. I'm really sorry. I'll admit that I've been emotionally volatile because of the vicarious positions that your client, or your so-called client, has put me in

Hopefully we can work some things out on the phone and have a little bit better understanding.

Although, I really can't get on the phone with you until I get served notice of your appearance; Rule 5(b). Trolls are really bad. Really really disrupt communications and make things difficult for everybody involved.  It's terrible and it has to stop. I have to follow every little rule or I can really put myself in a dangerous position.

One of Kates trolls stalked me down last night and I had to physically defend myself. It was awful.

Video:  https://youtu.be/4hTNVdMTBo8
Because time is important you could start this at one hour and 23 minutes exactly.  1:23:00

The Stalker starts off by saying, "Kate always wins". He came from the Hate channel that your client runs. Kate Is being sued.

Hopefully by Wednesday, I will have received your notice of appearance and we can officially talk

3

I do appreciate your time.  I hope we can clear this up and be better friends.  I'm a very loving, warm person. I'm sure you are too.

Sincerely,
Jose M DeCastro




Sent from my iPhone



This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof. To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.