# Exhibit B

**Transcript of October 11, 2022 Voicemail from Jose DeCastro to Benjamin Wish, Esq.**

**Mr. DeCastro**: Hey Benjamin.  My name is Jose DeCastro.  I'm a really nice person.

I'm just leaving you a voicemail to let you know that I received your email today and I replied to it.

I received an email that said that I should have no further contact with your client, Kate Peter.

Well, I am just calling to let you know that there has been no cease-and-desist that has ever been respected.  I have sent a cease-and-desist maybe five times, maybe six, to your client who tonight will queue up another video about me or one of my friends or one of my investors or maybe my ex-girlfriend, or maybe my dog, even, she might make a video about my dog, that's real, and so there will be no cease-and-desist respected.  I will contact Kate Peter any time I choose.

I have no sort of violent record or any kind of violence in my past.  I'm not threatening any violence of any kind, of course, I'm just letting you know that I've hired a private investigator, and I've faced my resources to taking her down, and I'm not going to stop, Benjamin, until I run her completely off the Internet.

And it's not just me.  See, because what she's done is she's attacked my friends and my family, and my entire family is angry at her, my whole, could you imagine that?  Could you imagine one person making an entire family mad, can you imagine that?

That's what she's done. She's gone out to my friend's houses, she's caused my friend – uh uh I'm not going to get into details of that because that's another lawsuit, Benjamin, that's another lawsuit, but I just called to tell you.  You don't have any jurisdiction over me, you don't have any control over me, don't ever write me again telling me what to do. Ever.

You're not my daddy. I have no obligation to you, none, you you. I don't owe you a goddamn thing.

You're a bloodsucking law lawyer who doesn't give a shit about justice.  You're doing court law cases.  You don't give a shit about justice or the rule of law or the Constitution or America . . .

[Maximum Length Recorded].