# Exhibit C

Apr 26, 2022, 8:57 PM

To: MassHole Report

It's been brought to my attention that you reported that I have a criminal record.

You have 24 hours to retract your statement or face a lawsuit for defamation

If you do not retract your statement publicly, I will file a lawsuit against you for Defamation via Slander

Your continued policy and practice, standard of operation, proves a pattern of harassment... And at this point I'm willing to take legal action.

I have documented that I've asked you to leave me alone, I've documented that I forcefully with vulgarity told you to leave me alone and then I've documented the last time you contacted me to leave me alone.

You are disseminating lies about me and that is defamation. The truth is the only metric that saves you from defamation. And I'm telling you, I have no criminal record.

I have already downloaded your video... You have 24 hours to retract your statement or face legal action

My legal team has been blind carbon copied on this email.

On Monday... I will sue you ... It's that simple

I do not wish to have any contact with you, I do not wish to return correspondence from you, if you continue to harass me publicly... You will end up in fed____ District Court

last time you contacted me to leave me alone.

You are disseminating lies about me and that is defamation. The truth is the only metric that saves you from defamation. And I'm telling you, I have no criminal record.

I have already downloaded your video... You have 24 hours to retract your statement or face legal action

My legal team has been blind carbon copied on this email.

On Monday... I will sue you ... It's that simple

I do not wish to have any contact with you, I do not wish to return correspondence from you, if you continue to harass me publicly... You will end up in federal District Court

I will check your social media channels for the retraction... If it is not complete and full... You'll be served a lawsuit next week.

I don't care if I win... I care that you have to hire a lawyer... I care that I extend the process for as long as I can to drain you.

Now for the last time you stupid retarded fuck— i'm not interested in any relationship with you and I've continually told you this. I don't care that you're a loser and you have nothing going on with your life you have no motivation... I don't care.

I will be checking your social media channels tomorrow...

I hope you think I'm kidding. I hope you think that you can do what you're doing and get away with it... you piece of shit

Now leave me the fuck alone... You're damn lucky we have a legal system... nd I'm a man of law order, or I would let you know when I was coming... So I could see the

I will check your social media channels for the retraction... If it is not complete and full... You'll be served a lawsuit next week.

I don't care if I win... I care that you have to hire a lawyer... I care that I extend the process for as long as I can to drain you.

Now for the last time you stupid retarded fuck— i'm not interested in any relationship with you and I've continually told you this. I don't care that you're a loser and you have nothing going on with your life you have no motivation... I don't care.

I will be checking your social media channels tomorrow...

I hope you think I'm kidding. I hope you think that you can do what you're doing and get away with it... you piece of shit

Now leave me the fuck alone... You're damn lucky we have a legal system, and I'm a man of law order, or I would let you know when I was coming... So I could see the look of tear on your face as  closed it.

You retarded imbecile... The information you're getting off the Internet isn't true. Dumb fuck... You'll find out in court if you don't retract what you said about me.

by Friday, we will begin putting the lawsuit together... I hope you don't listen... You can't fix stupid and you're a fucking retard.



Jose M DeCastro
Aka Chille from DeletelawZ

