AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| JOSE MARIA DeCASTRO <br> *Plaintiff* <br> v. <br> JOSHUA ABRAMS, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:22-cv-11421-ADB <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Abrams a/k/a Accountability for All .

Date:  10/20/2022

/s/ Joshua N. Garick
*Attorney's signature*

Joshua N. Garick (BBO #674603)
*Printed name and bar number*

Law Offices of Joshua N. Garick, P.C.
34 Salem Street, Suite 202
Reading, MA 01867
*Address*

Joshua@GarickLaw.com
*E-mail address*

(617) 600-7520
*Telephone number*

(617) 600-7430
*FAX number*