# EXHIBIT B

From: **Delete Lawz** <deletelawz@gmail.com>
Date: Fri, Oct 7, 2022, 4:50 PM
Subject: re: Request Production of Documents / Preserve Evidence
To: Josh Abrams Accountability For All All <josha1487@gmail.com>


Josh,

I filed a Default Judgement against you today and this is only the beginning. I'd like to end this process and talk about settling this right away thru mediation.

1.  Remove all your videos regarding the slander
2.  cease and desist from defaming me any further
3.  Make a full apology publicly
4.  These terms are non-negotiable

Please produce all documents. Due date is 30 days.

This is just beginning -- You made a grave error in choosing to tangle with me. Heed my warning: I will not stop until I break you down to zero. We Don't Stop.

Regards,
Jose "Chille" DeCastro