# Exhibit B

**A USB drive containing a true and correct copy of Exhibit B, the video depicting the September 3, 2022 incident, is being hand delivered to the Court today, October 20, 2022.**