# Exhibit C

**From:** Delete Lawz <deletelawz@gmail.com>
**Sent:** Tuesday, October 11, 2022 9:25 PM
**To:** Wish, Benjamin; info@massholereport.com
**Subject:** Re: DeCastro v. Abrams

Oh no. Nooooo

You're not on the record, we check the court docket

And… You need to understand by learning

You can shove your cease-and-desist up your ass

Kate — I'm never going to stop until you're done. I will never ever ever ever ever stop

And it's not just me

Sent from my iPhone

> On Oct 11, 2022, at 6:13 PM, Wish, Benjamin <bwish@toddweld.com> wrote:
>
> Mr. DeCastro,
>
> I'd ask that you please do me the professional courtesy of dealing with this matter on the merits, rather than with invective and insulting emails and voicemails.
>
> While I understand you have significant anger towards my client, I would respectfully request that you communicate solely with me and refrain from ad hominem attacks.
>
> Thank you.
>
> Benjamin J. Wish
> Todd & Weld LLP
> One Federal Street, Boston, MA 02110
> T: 617-624-4786
> www.ToddWeld.com
>
> _____
> This e-mail, and any attachments thereto, is intended only for the addressee(s) named
> herein and may contain legally privileged and/or confidential information. If you are not
> the intended recipient, you are hereby notified that any dissemination, distribution or
> copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have
> received this e-mail in error, please immediately notify me by return e-mail and
> permanently delete the original and any copy of this e-mail message and any printout
> thereof.
>
> To ensure compliance with requirements imposed by the U.S. Internal Revenue Service,
> we inform you that any U.S. tax advice contained in this communication (including any

> attachments) is not intended or written to be used, and cannot be used, for the purpose of
> avoiding U.S. tax penalties.