# EXHIBIT A

## NOTES FOR THE COURT









NIGHT



DAY

A.  This screen shot displays my cell phone which further labels all calls, messages and emails from Jose DeCastro.  This contact card was unredacted when sent in private to the Court Clerk and Judge Saris on 10/18/2022 at 10:19am; out of respect for Mr. DeCastro I am redacting it but affirm that it is a telephone number for Mr. DeCastro that I believe is on-file with the Court.

B.  Throughout this document, The Court may take notice of the screenshots having a slightly different color scheme or "look," most notably in the heading.  This is due to the Apple iPhone's function of switching color schemes based on Time of Day and when I captured the screenshot for this document.  I certify that I received every message to the same phone # and no alterations have taken place.

2



C.   Communication from Mr. DeCastro began at 03:30am MDT.  My responses were delayed and the interaction did not begin until 09:39 MDT due to efforts in contacting the Courts, Law Enforcement, Google/YouTube, and finally Mr. Benjamin Wish of Todd Weld.

D.   The impetus for contacting all of the above parties was driven an escalated threat I received at 3:30am by Mr. DeCastro showing that he was not bluffing and fully prepared publish a video about me.

The red arrow is a web link to a semi-private YouTube video that he has made about me; apparently it is #1 of at least 2.  that in graphical form is a three side-by-side box graphic of my various angles of my face to YouTube that only individuals with the correct web URL link can view.

In the video he publishes everything he's been able to learn about me, his own curated context of our communication, and then defames and belittles my attempts to de-escalate, deflect - and honestly - my attempts to deceive him from further learning anything about me in order to protect myself and my family because of the way he refused to agree to use normal means of resolving conflict.



D.   This is a screenshot at 1:05 into the video he sent on 10/18/22 and has published semi-privately

E.   One of the reasons Mr. DeCastro continued to make threats was that he felt he could not verify my identity to him no matter what I did to prove it out

I tried at various times to reason with Mr. DeCastro that I was being honest and he knew who I was. I also gave him avenues to prove it without having to publish hate videos about me – Including the use of a very basic reverse search of my phone number.

I also pointed out that he was continuing to call me a WITNESS and not a DEFENDANT, no doubt because of the pressure upon me to support his narrative but continued to ramp up his threats in earnest.

D.   Finally on Sunday, October 16th, 2022, already knowing he possessed my true identity, I provided him a slightly redacted copy of my State identification which he had been demanding. *This was done out of severe distress to me and my family, however in the face of his continued threats, I felt it might placate him*

My statements in asking him to stop all this was threefold:

1.   It removed all doubt of my identity
2.   It removed any need to publish the "Who is this person" videos he had been threatening
3.   I had persisted for over a month to establish if we were working from any measure of good faith in resolving this

E.   29 hours later, Mr. DeCastro put my ID in his yet unpublicized video, demonstrating to me that he had no interest in resolution, is not operating under any good faith to resolve this, and is using me to make a target out of someone who supported the defendant

**BREAK IN TIME / MESSAGE SEQUENCE – 10/15/22**



H.  These are partial texts from 10/15/22 09:39am from Mr. DeCastro threatening me to produce my full identity and create the witness documentation he had been demanding.

I.  I had requested more time from Mr. DeCastro as I have been addressing a number of family related issues not impactful to the record or the situation.



10:21

JD
Jose

You've said this is happening no matter what.

You have threatened me nonstop.

Nothing I do for you matters - or satisfies you.

So what can I do to stop you Jose?  Tell me.

You demanded I fully expose myself
- Done

You demanded I write the declaration
- Done

You demanded I appear on camera with you in December
- Agreed

What else can I do to save myself from the terror and harm you are doing to me?

And when is enough enough

iMessage



10:21

JD
Jose

matter what.

You have threatened me nonstop.

Nothing I do for you matters - or satisfies you.

So what can I do to stop you Jose?  Tell me.

You demanded I fully expose myself
- Done

You demanded I write the declaration
- Done

You demanded I appear on camera with you in December
- Agreed

What else can I do to save myself from the terror and harm you are doing to me?

And when is enough enough Jose?

iMessage

















This static image is of a video I screen recorded of me writing, attaching and addressing a document he has forced me to create but claimed he had never received.



No telephonic / electronic contact took place; at the point in the interaction, I was speaking by telephone with Federal Law Enforcement and was instructed to try and keep the communication solely to written to text or email communication if possible



DeCastro continuing to apply psychological pressure and threats by reinforcing he has my full contact information which I have redacted





For clarification: Over a period of months, Mr. DeCastro has made claims on his YouTube channel that he is either actively in litigation or is planning to planning to file civil and/or criminal complaints against other YouTube creators for expressing their views about Mr. DeCastro's activism and activities.

On Monday 10/17/22 Mr. DeCastro has sent me indications that an unassociated party to this case had settled with Mr. DeCastro. Unsure how to respond, I simply didn't at the time.

As it were, the other party in question, a YouTube creator by the name of Irish Demon, declined Mr. DeCastro's request to settle after careful consideration of DeCastro's offer.

**Of note, I am not a YouTube creator** but this stage I was willing to entertain anything to stop his harassment and threats.





I am reinforcing my de-escalation efforts and showing him that I had sent him what he demanded that I create and send him by his initial deadline; again, seeking to de-escalate his threatening behavior

