UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE MARIA DeCASTRO,<br>a/k/a CHILLE DeCASTRO,<br>a/k/a DELETE LAWZ,<br><br>*Plaintiff,*<br><br>v.<br><br>JOSHUA ABRAMS a/k/a<br>ACCOUNTABILITY FOR ALL, KATE<br>PETER a/k/a MASSHOLE<br>TROLL MAFIA,<br><br>*Defendants.* | CASE NO. 1:22-cv-11421-ADB<br><br>LEAVE GRANTED ON 10/24/2022 |

## AFFIDAVIT OF KATE PETER

I, Kate Peter, under oath depose and state as follows based upon my personal knowledge:

1. I am one of the Defendants in the above-captioned matter. I am employed full-time as a residential property manager and have been for 6 years. I live at home with my two children, aged 16 and 13. I am their full-time caregiver and sole provider. In my spare time, I also run a YouTube channel, presently called "Masshole Troll Mafia."

2. My children are entirely uninvolved in my online activities and are not the focus of any of my content.

3. In 2008 I met a man, Steven Young, who would go on to become the father of three of my children, and my husband. Mr. Young was extremely abusive to me - physically, emotionally, verbally, and sexually. During the course of our marriage, from 2008 - 2011, I was subjected to constant beatings, psychological and verbal torment, and sexual abuse.

4. This involved consistent non-consensual sexual encounters that resulted in four pregnancies and three live births in three years. By my fourth birth, I was so despondent and desperate to stop the non-stop cycle of birthing children that I did not feel I could reasonably care for that I begged the attending doctor to "tie my tubes" in secret during the cesarean birth of my last child. I was 23 years old, and sacrificed my fertility for the rest of my life, just so my then-husband would no longer be able to forcibly impregnate me.

5. Due to the ongoing abuse that occurred in my home, DCF (at the time DSS) was involved with my family for many years.

6. In 2011, Mr. Young was arrested for assaulting me in the presence of the children and the police, yet again. This was the last time that we saw him. Although he was finally out of our lives, the scars of the years of abuse remained. Although I was not diagnosed until 2012 or 2013.

7. I suffer from severe PTSD, depression, and anxiety. I had suffered from depression and anxiety since childhood. The result of my untreated mental health issues, coupled with the difficulty I and so many women experience socially and economically after leaving an abusive partner, created extreme difficulties in parenting 4 young children, all under the age of 6. I was entirely alone, with virtually no social or familial support. I suffered greatly from the symptoms of my PTSD and depression.

8. I relied on alcohol to "self-medicate." Having been entirely isolated from most of the outside world while in my abusive marriage, I had limited financial resources and no employment, or even a valid driver's license/vehicle. Due to all these struggles and home hygiene issues, in 2012, I lost custody of all 4 of my children.

9. In 2014 I had made enough progress to petition the courts to reunify myself and all of the children - although this is a great simplification, as it certainly was not a linear process.

10. At this point in time, the two younger children had been in a stable foster placement for nearly half of their short lives, and all of the children suffered from trauma issues relating to the domestic violence, removal from my home, as well as exposure to my untreated mental health issues and drinking.

11. My two older children were not so fortunate to find stable placements, and although I desperately wanted all of my children returned to me - I decided that leaving my younger two children in the stable, loving home that they had known for so long, and realistically looking at my own limitations as a mother was in all of the children's best interest. This was a very difficult decision to make, and although I am so grateful to see all of my children growing up happy, healthy, and thriving now - it is a decision that still haunts me to this day. I entered into an open adoption agreement with the younger two boys' parents. This ensured their stability, safety, and happiness and spared them the risk of ever having to see their biological father ever again.

12. I have been very open about my past and these issues on my own YouTube channel for years.

13. I am a strong woman, and I have engaged in years of intensive therapy to both manage my mental health issues and accept my past, my failures, and find some semblance of peace with everything I have experienced.

14. However, I am human. Mr. DeCastro's gross misrepresentation of these extremely personal experiences is cruel, completely unnecessary, and unfair to my children. Mr. DeCastro constantly refers to me as a "child abuser" and "terrible person," despite the fact that he is acutely

aware that I am the victim of domestic violence and abuse. I am not I, and I do understand In consistently lobbing these insults and accusations at me, Mr. DeCastro is intentionally attempting to emotionally injure me.

15. Furthermore, I understand he is also intentionally emotionally harming my entirely innocent children, as the plight they have suffered through my failures is not simply fodder for an online audience, and in contrast to the times that I have publicly spoken about our history, Mr. DeCastro has never conferred with them to get approval to share any of this, nor does he have any regard for the truth of these matters.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

10/23/2022

Signed under the penalties of perjury on this \_\_\_\_ day of October 2022.

_____
Kate Peter