# EXHIBIT B



14:59 is 2:59pm MDT on Friday, October 21, 2022
Or
4:59pm Eastern Daylight Time

24



22:08 is 10:08pm MDT on Friday, October 21, 2022
Or
12:08am Eastern Daylight Time

These arrived AFTER Mr. DeCastro completed a YouTube stream discussing the judge's no-harassment order

25