# EXHIBIT C



These are screenshots of the calls coming from our front door intercom that night.

Note, they say "Missed Call" because the calls route to both my cell phone and another intercom solution in the house.

I answered on the intercom and not my cell phone, which logged the calls as Missed/Unanswered.

I am redacting the number as a security precaution for the building and my neighbors.

These were individuals using an intercom box at my building to contact me, not calling me directly

27



28