UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE MARIA DeCASTRO,<br>a/k/a CHILLE DeCASTRO,<br>a/k/a DELETE LAWZ,<br><br>  *Plaintiff,*<br><br> v.<br><br>JOSHUA ABRAMS a/k/a<br>ACCOUNTABILITY FOR ALL, KATE<br>PETER a/k/a MASSHOLE<br>TROLL MAFIA,<br><br>  *Defendants.* | CASE NO. 1:22-cv-11421-ADB |

## DEFENDANTS' STATUS REPORT
## REGARDING POTENTIAL STIPULATED GAG ORDER

 Defendants Kate Peter ("Ms. Peter") and Joshua Abrams ("Mr. Abrams") (collectively, "Defendants") hereby submit this Status Report to apprise the Court of the parties' efforts to reach a stipulation that the parties shall refrain from speaking about any of the other parties, counsel, or witnesses or potential witnesses to this matter.

 At the recent October 24, 2022 status conference in this matter, the Court inquired of the parties, and particularly of counsel for Ms. Peter, whether the parties might reach agreement on a "cease fire." Defendants are in favor of such an agreement, and understand that Plaintiff Jose Maria DeCastro ("Mr. DeCastro") is as well. Despite the parties' efforts to reach accord on a stipulated agreement to effect a "cease fire," however, they have been unable to do so to date.

1

Respectfully submitted,

*/s/ Benjamin J. Wish*

Benjamin J. Wish (BBO # 672743)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
Tel. (617) 720-2626
bwish@toddweld.com

*Counsel for Kate Peter*


Respectfully submitted,

*/s/ Joshua N. Garick*

Joshua N. Garick (BBO # 674603)
Law Offices of Joshua N. Garick, P.C.
34 Salem Street, Suite 202
Reading, MA  01867
Tel. (617) 600-7520
Joshua@GarickLaw.com

*Counsel for Joshua Abrams*


### CERTIFICATE OF SERVICE

I, Benjamin J. Wish hereby certify that on October 28, 2022, I caused the foregoing document to be served via email upon the following *pro se* litigant and have further served him a copy via email:

Jose Maria DeCastro (*Pro Se*)
1258 Franklin Street
Santa Monica, CA 90404
iamalaskan@gmail.com

/s/ *Benjamin J. Wish*
Benjamin J. Wish