1258 Franklin St.
Santa Monica, CA 90404

October 28, 2022

The Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Burroughs:

SUBJECT: DeCastro v. Abrams, et al. Case No. 1:22-cv-11421

 I'm writing in response to the Continued Status Conference held on Monday, October 24, 2022. At the conference, Your Honor asked all parties to:
1. Preserve all relevant evidence.
2. Where possible, have our associates stand down from any harassment

 These orders did not make it into the written order filed in the record, and Defendants Peter's camp is relying on this. They claim that there are no such forementioned orders, relying on the technicality of case law on the effectiveness of orders.

 As the plaintiff in this action, I pray for the court to clarify whether the forementioned orders were amended out of the written order on purpose or by mistake and to make any additional orders where appropriate.

 I don't want to be the only party following Your Honor's oral orders, but I also was relying on these orders when not objecting to the tabling of my motion against spoliation and not filing the preliminary injunction that I am drafting in the fashion of an emergency motion.

        Respectfully submitted,

        /s/ Jose DeCastro
        Jose DeCastro
        *Pro Se*