1258 Franklin St.
Santa Monica, CA 90404

November 9, 2022

The Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Burroughs:

SUBJECT: DeCastro v. Abrams, et al. Case No. 1:22-cv-11421

 I'm writing in response to a correction needed in the docket for this case.

 On November 6, 2022 at approximately 12:17pm Eastern Time, I e-filed a notice of voluntary dismissal for this case, after you indicated it as an alternate to my motion to transfer, and I emailed the notice to all parties the same evening.

 As of today, my notice of dismissal has not yet appeared in the record.

 I pray that the Court will investigate the missing filing and correct its recording so that it may do its housekeeping.

 It seems that perhaps the defendants thought that I was bluffing with my notice of dismissal due to the error of the record, so I would not be opposed to the refund of their filing fees for any answers or cross complaints, although technically they should be liable for the payment of responses that they filed where they were notified of the dismissal before they served me the filed responses.

 I have emailed the docket clerk a couple of times regarding the missing filing, but they have not been able to find the document. It seemed necessary to notify you to have this Court escalate the investigation of the issue to correct the error in its record. Thank you.

            Respectfully submitted,

            <u>/s/ Jose DeCastro</u>
            Jose DeCastro
            *Pro Se Plaintiff*