# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts

| | |
|---|---|
| JOSE MARIA DECASTRO, an individual | ) Case No. 1:22-cv-11421 |
| Plaintiff, | ) **PLAINTIFF'S NOTICE OF** |
| v. | ) **VOLUNTARY DISMISSAL WITHOUT** |
| | ) **PREJUDICE** |
| JOSHUA ABRAMS, an individual, et al., | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

I, Jose DeCastro, hereby notify the court and all parties of my voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(i). The Defendants have not filed an answer nor a motion for summary judgement, and I have an absolute right to voluntarily dismiss this action without prejudice.

This case will be refiled, and Defendants are on notice to protect any relevant evidence.

Dated: November 5, 2022                         Respectfully submitted,

/s/ Jose DeCastro
Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
chille@situationcreator.com
(310) 963-2445
*Pro Se*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.