# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts

| | |
|---|---|
| JOSE MARIA DECASTRO, an individual | ) Case No. 1:22-cv-11421 |
| | ) |
| Plaintiff, | ) **PLAINTIFF'S MOTION FOR** |
| | ) **CONTEMPT AND SHORTENING OF** |
| v. | ) **TIME** |
| | ) |
| JOSHUA ABRAMS, an individual, et al., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR CONTEMPT AND SHORTENING OF TIME

I, Jose DeCastro, Plaintiff hereby move this Honorable Court, on November 14, 2022 or as soon as parties may be heard, for an Order holding Defendant Katherine Peter ("Peter") in contempt of Court and Ordering sanctions and such other further relief as this Court deems proper and just under 18 U.S.C. § 401 and this Court's inherent supervisory powers. I'm seeking a shortening of time due to safety concerns for me and others. In support, I declare as follows:

At ECF No. 33, the Court ordered, in part "… Plaintiff and Defendants are ORDERED not to engage in any threatening, harassing, illegal, or otherwise inappropriate behavior when engaging with each other, or with any individual or entity that may have knowledge pertaining to this matter…"

At ECF No. 43, the Court ordered, in part "… The parties are reminded of their obligation to comply with the Court's Order on October 21, 2022, which forbids all parties from engaging in threatening, harassing, illegal, or otherwise inappropriate behavior with respect to the other

parties in this lawsuit. See [ECF No. [33]]. The parties are further advised that failure to adhere to the Order may result in, among other possible sanctions, monetary fines."

At ECF No. 51, the Court ordered, in part "… he Court strongly recommends that the parties not harass, disparage or otherwise act unkindly to each other or any potential witnesses in this matter. It is the suggestion of the Court that, going forward, when faced with questions of conduct, all parties to this litigation and their associates harken back to the lessons they learned in elementary school about getting along with others, proper behavior, and cooperation and act in accord with those lessons, hopefully without constant recourse to the Court."

Peter published a YouTube video that began streaming at 2022-11-12T02:06:25+00:00 published at https://www.youtube.com/watch?v=HQO0NqmD32o and titled "Let's Celebrate! Ask Me Anything!" I copied this information from YouTube on November 13, 2022 and this is a true and correct copy. A screenshot is at **Exhibit 1**. The screenshot shows the thumbnail image for this video. Shown around Peter are images of Mark Adams of bitSecure, a forensic investigator that is transcribing videos for me. Peter is doxing and harassing members of my legal team. This is completely inappropriate and clear harassment.

Peter published a YouTube video that began streaming at 2022-11-14T01:09:55+00:00 titled "What To Do If You Get Doxxed - Chille Is A Quarter Of A Man" and published at https://www.youtube.com/watch?v=fxZAx7_dEwE. I copied this information from YouTube on November 13, 2022 and this is a true and correct copy. A screenshot is at **Exhibit 2**. In the video, Peter speaks directly to me and harasses me, expresses her freedom from the court's orders, and mocks the court. Peter is hosting a panel of people that also harass me, but Peter herself says the following, directly to me, at the specified timestamps:

11:34 "It is rich, you know, that he is threatening, I mean threatening to, uh, file a complaint for contempt of court. Make sure you push the right buttons this time, to file, Chille."

    11:49 "I look forward to that."
    14:40 "Do not fear this man. Do not fear this creature. This is not scary. This is ridiculous."
    25:56 "… because you are a quarter of a man."
    27:46 "I'm not. I'm not in big trouble. I'm not at all. Freedom of speech, motherfucker."
    28:29 "That apparently doesn't go two ways because you are a gigantic bleeding vagina."
    28:53 "I look at it every night before I go to bed. I just take a glance and I remember what a fucking bitch you are."
    46:09 "By this time tomorrow, I'll be at a federal prison."
    51:20 "My name is Kate Peter. I live in North Attleboro Massachusetts, and I think you're a bitch, and I don't give a fuck, Chille. I don't give a fuck. You may be able to crash down a lot of people around you, but you will never ever ever ever get me under your stupid fucking boot, you statist piece of shit. You will never ever ever have me bow to you. I am not afraid of you. I will never be afraid of you. You are physically unimposing. You are intellectually unimposing. There is nothing about you that I find to be any sort of authority or anything that is to be feared whatsoever. And I will continue to come on the internet and remind people of these facts. There is nothing about you that should be feared. You have no authority. You have no power. You don't even have a job. You don't. Or a home, or a vehicle of your own. You have nothing. You are nothing."

    On the Discord group messaging server that Peter operates, where Peter's associates, at Peter's direction, and certainly facilitated by the Discord server that Peter operates, there have been numerous threats toward me and members of my legal team. See **Exhibit 3**.

## POINTS AND AUTHORITIES

    District courts have broad, inherent power to enforce compliance with orders through civil contempt. *Shillitani v. United States*, 384 U.S. 364, 86 S. Ct. 1531 (1966).

    To support a finding of civil contempt, the evidence must establish (1) there was a clear and unambiguous order of the court; (2) the party violated the order. *United States v. Saccoccia*, 433 F.3d 19, 27 (1st Cir. 2005). Where, as here, all elements are clearly established by evidence, a finding of civil contempt is appropriate.

    Because "the purpose of civil contempt proceedings is remedial, the defendant's intent in committing the contempt is not material." 17 Am. Jur. 2d Contempt §27.

    I declare under penalty of perjury, that the foregoing is true and correct.

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

The court has waived this local rule for the remainder of this action.

Dated: November 13, 2022                             Respectfully submitted,

                                                                            /s/ Jose DeCastro
                                                                            Jose DeCastro
                                                                            1258 Franklin St.
                                                                            Santa Monica, CA 90404
                                                                            chille@situationcreator.com
                                                                            (310) 963-2445
                                                                            *Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

# EXHIBIT 1





**What To Do If You Get Doxxed - Chille Is A Quarter Of A Man**
6.2K views · Streamed 5 hours ago



**Let's Celebrate! Ask Me Anything!**
10K views · Streamed 2 days ago

# EXHIBIT 2



# EXHIBIT 3













← **#chille-watch**

whole story and the truth is, this is the internet. Lies

**Kodiac Ziller**  Yesterday at 1:21 PM
Cookies land?

@juas u sure have a potty mouth. Does it get you more attention? Your mother would be proud Im sure.

**MrShigura**  Yesterday at 1:22 PM
You completely ignored my point. Coward.

@Kodiac Ziller Cookies land?

**Serenity McIntyre**  Yesterday at 1:22 PM
The cake is a lie

**Lyle Freaking Decastro**  Yesterday at 1:22 PM
We are activally trying to find discussing laws

@Serenity McIntyre The cake is a lie

**Kodiac Ziller**  Yesterday at 1:22 PM
Damn skippy it was.

@PaulBerryNYDoxed! I believe there are people actively harassing and bullying Chille and maybe some

**BellaRose**  Yesterday at 1:22 PM
His mods are not calling him@out they are egging him on

Message could not be loaded.

**PaulBerryNYDoxed!**  Yesterday at 1:22 PM
I think the difference is that Bobby Law was

Jump to Message



