# UNITED STATES DISTRICT COURT

## for the

## District of Massachusetts

| | | |
|---|---|---|
| JOSE MARIA DECASTRO, an individual | ) | Case No. 1:22-cv-11421 |
| | ) | |
| Plaintiff, | ) | **FIRST AMENDED COMPLAINT** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA ABRAMS, an individual, | ) | |
| KATE PETER, an individual, | ) | |
| JOHN DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>FIRST AMENDED COMPLAINT</u>

Plaintiff Jose DeCastro ("I/My" or "Plaintiff") brings this complaint against YouTube publishers Joshua Abrams ("Abrams"), Katherine Peter ("Peter"), and John Does 1–50, and alleges as follows:

## <u>INTRODUCTION</u>

1. This is a case about the ongoing and wholesale copyright infringement of my video content by Defendants Peter, Abrams, and others currently known only by their YouTube channel name or URL.

2. I teach constitutional law and am attempting to tear down some of the racist laws in the country, which invites hate and offers opportunity to those that profit on hate.

3. As part of my teaching and as a revenue stream, I create video content and publish it on YouTube.

4. Defendants, to save from having to create content themselves are, in a word, stealing my content on a grand scale. They publish content to YouTube that largely only copies my content, for monetary gain, in the same YouTube content market, and without my consent.

5. This is a civil action seeking damages under the United States Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq*. (the "Copyright Act") and the Racketeer Influenced and Corrupt Organizations Act (RICO).

## JURISDICTION AND VENUE

6. This District has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (jurisdiction over copyright actions).

7. This District has personal jurisdiction over all Defendants under the criminal copyright activity predicate (2319) of 18 U.S.C. § 1965 (RICO). RICO violations make up the majority of the factors in the claims in this action.

8. Pursuant to 18 U.S.C. § 1965(a), venue is proper in this Court because it sits in a district that Defendant Peter resides. Pursuant to 18 U.S.C. § 1965(b), a court that is proper for one RICO defendant is proper for all other RICO defendants.

## PARTIES

9. I, Jose DeCastro, am an individual, residing at 1258 Franklin St, Santa Monica, CA.

10. Defendant, Katherine Peter, is an individual, and a YouTube publisher, residing at 47 Avery St Apt 1, North Attleborough, MA.

11. Defendant, Joshua Abrams, is an individual, and a YouTube publisher, residing at 21 Valley Rd, Stoneham, MA.

12. I can only identify Defendants, John Does 1–50, YouTube Publishers, by their YouTube channel URLs.

## FACTUAL BACKGROUND

13. I have published over 800 videos, to which I own the valid copyright to, as content to my YouTube channel at https://www.youtube.com/channel/UCF08Wb_1z0ONDwh4Lvhu2AA/

14. I earn revenue when these videos are viewed directly from my YouTube channel.

15. Defendant YouTube publishers have copied large portions of my copyrighted content on their YouTube channels.

16. Many of the Defendants make money from copying my content onto their YouTube channels, when my content is viewed on their channels.

17. All the Defendants are in the same market of YouTube Content Creation.

18. Defendants profit from my content simply by using it to save them time and money and the effort of creating their own content.

19. My copyrighted works ("Works") are listed in **Exhibit 1,** and any supplements, by YouTube URL.

## COUNT I

## (COPYRIGHT INFRINGEMENT)

20. The allegations contained in paragraphs 1-19 are hereby re-alleged as if fully set forth herein.

21. I am the owner of the valid copyright of the Works.

22. The Works are original work of my authorship.

23. Defendants copied and distributed constituent elements of my Works.

24. At no time did I authorize, permit, or consent to Defendants' distribution of my Works, expressly or otherwise.

25. As a result of the foregoing, Defendants violated my exclusive right to:

(A) Reproduce its Works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B) Distribute copies of the Works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C) Perform the copyrighted Works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the Works' images in any sequence and/or by making the sounds accompanying the Works' audible and transmitting said performance of the work, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publicly" perform); and

(D) Display the copyrighted Works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works non-sequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publicly" display).

26. Defendants infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

## **REQUEST FOR RELIEF**

I respectfully request that the Court:

(A) Permanently restrain Defendants from continuing to infringe my Works;

(B) Order that Defendants delete and permanently remove the digital media files relating to my Works from each of the computers under Defendants' possession, custody or control;

(C) Order that Defendants delete and permanently remove the digital media files containing copies of my Works that Defendants have on computers under Defendants' possession, custody or control;

(D) Order that Defendants remove all media files from YouTube containing copies of any portion of my Works from YouTube.

(E) Award Plaintiff statutory damages per infringed work pursuant to 17 U.S.C. § 504(a) and (c);

(F) Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(G) Grant Plaintiff any other and further relief this Court deems just and proper.


Dated: November 15, 2022                    Respectfully submitted,

                                            /s/ Jose DeCastro
                                            Jose DeCastro
                                            1258 Franklin St.
                                            Santa Monica, CA 90404
                                            chille@situationcreator.com
                                            (310) 963-2445
                                            *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

# EXHIBIT 1

```
https://www.youtube.com/watch?v=--LxGCdUBbQ
https://www.youtube.com/watch?v=-2oC6ZSB1Rs
https://www.youtube.com/watch?v=-cDf5WCBVYs
https://www.youtube.com/watch?v=-d4XTxMU6f0
https://www.youtube.com/watch?v=-dU5D79vdR8
https://www.youtube.com/watch?v=-emShw0efAc
https://www.youtube.com/watch?v=-fsKWznYZA0
https://www.youtube.com/watch?v=-jww8CR3-7c
https://www.youtube.com/watch?v=-KcDqGtMLhA
https://www.youtube.com/watch?v=-PjrqkSaexA
https://www.youtube.com/watch?v=-PjrqkSaexA
https://www.youtube.com/watch?v=-sdfefk320M
https://www.youtube.com/watch?v=-ssstYu1sP0
https://www.youtube.com/watch?v=-t1vhEo6vgo
https://www.youtube.com/watch?v=-xKLmXb9-jc
https://www.youtube.com/watch?v=033tDFTM0kQ
https://www.youtube.com/watch?v=04cnQoy-0Lo
https://www.youtube.com/watch?v=06ofoPDnuc4
https://www.youtube.com/watch?v=06ofoPDnuc4
https://www.youtube.com/watch?v=0CEaL3V5ifI
https://www.youtube.com/watch?v=0cLPRIeu_UI
https://www.youtube.com/watch?v=0Fh0Kf-bh2w
https://www.youtube.com/watch?v=0fyhS0IOPe4
https://www.youtube.com/watch?v=0hK5mNuHPAU
https://www.youtube.com/watch?v=0pgRqrAPiNQ
https://www.youtube.com/watch?v=0qmhjd0y7Lw
https://www.youtube.com/watch?v=0si_iR0sGI4
https://www.youtube.com/watch?v=0WOfMnvpuIk
https://www.youtube.com/watch?v=0_NTuBn15q0
https://www.youtube.com/watch?v=1-ledrLYZA0
https://www.youtube.com/watch?v=1dcOiWlMNlc
https://www.youtube.com/watch?v=1k95JbDwKoo
https://www.youtube.com/watch?v=1LukVLaIkZw
https://www.youtube.com/watch?v=1mxHtPgUbfg
https://www.youtube.com/watch?v=1pGRJ-6DM-I
https://www.youtube.com/watch?v=1Qs6vVCn8ag
https://www.youtube.com/watch?v=1rySQ53cRD8
https://www.youtube.com/watch?v=1ss2-2VzRKg
https://www.youtube.com/watch?v=1su6f1wRymU
https://www.youtube.com/watch?v=1vgIyKAqEO4
https://www.youtube.com/watch?v=1xV1mxalDhk
https://www.youtube.com/watch?v=1YsgXLjjLv0
https://www.youtube.com/watch?v=2-V2arp2mWA
https://www.youtube.com/watch?v=24BOWkJO9C4
https://www.youtube.com/watch?v=24sG_yXUsMw
https://www.youtube.com/watch?v=2FX_9YKnncE
https://www.youtube.com/watch?v=2KX2lEFLPqk
https://www.youtube.com/watch?v=2LvdhKq8-Cc
https://www.youtube.com/watch?v=2MCroNO0RPg
https://www.youtube.com/watch?v=2mtW7IPkGpU
https://www.youtube.com/watch?v=2OJQbt9sb_M
https://www.youtube.com/watch?v=2r6IZODyhTY
```

```
https://www.youtube.com/watch?v=2trtVbJZTwA
https://www.youtube.com/watch?v=2USJU3hZj3Y
https://www.youtube.com/watch?v=2X4efrtNH0E
https://www.youtube.com/watch?v=2XY6Lqv2Bjk
https://www.youtube.com/watch?v=2YQNmFGjB88
https://www.youtube.com/watch?v=31UoqbuLjvw
https://www.youtube.com/watch?v=37GwOcVxCfE
https://www.youtube.com/watch?v=3AAQpA9vWOI
https://www.youtube.com/watch?v=3fA4pEYXpoI
https://www.youtube.com/watch?v=3jCaO1sJSFA
https://www.youtube.com/watch?v=3jCaO1sJSFA
https://www.youtube.com/watch?v=3KUD4ejZD_g
https://www.youtube.com/watch?v=3Lwq2VqEDpc
https://www.youtube.com/watch?v=3MYWUqMA0Fs
https://www.youtube.com/watch?v=3NPz4MauzhI
https://www.youtube.com/watch?v=3NPz4MauzhI
https://www.youtube.com/watch?v=3qHCJzQqYYI
https://www.youtube.com/watch?v=3tBLUPdOaJE
https://www.youtube.com/watch?v=3ugRayH6Y3w
https://www.youtube.com/watch?v=3WBgaGWq0HM
https://www.youtube.com/watch?v=3xRvRdvrk6c
https://www.youtube.com/watch?v=3XyGFm6wDvg
https://www.youtube.com/watch?v=47vEvND3PTk
https://www.youtube.com/watch?v=4aCLKnAORiA
https://www.youtube.com/watch?v=4B-ccsihTfw
https://www.youtube.com/watch?v=4HECk1wcas4
https://www.youtube.com/watch?v=4hTNVdMTBo8
https://www.youtube.com/watch?v=4LgO0SH5igQ
https://www.youtube.com/watch?v=4sCiaosJ6ns
https://www.youtube.com/watch?v=4SE28AsGMQA
https://www.youtube.com/watch?v=4UZQhn-tlxU
https://www.youtube.com/watch?v=4xAZMg5z2ko
https://www.youtube.com/watch?v=4xAZMg5z2ko
https://www.youtube.com/watch?v=4_CNtyB26_Y
https://www.youtube.com/watch?v=4_CNtyB26_Y
https://www.youtube.com/watch?v=568snsPEn1Y
https://www.youtube.com/watch?v=578896UnNvc
https://www.youtube.com/watch?v=57cX5I2m918
https://www.youtube.com/watch?v=57HdMZD_50w
https://www.youtube.com/watch?v=5907Cmsnd4w
https://www.youtube.com/watch?v=59OPtvWm9ow
https://www.youtube.com/watch?v=5aJIpbFlwmk
https://www.youtube.com/watch?v=5cOLtetM6Oo
https://www.youtube.com/watch?v=5cSRm_g4qts
https://www.youtube.com/watch?v=5EosAolZ_QM
https://www.youtube.com/watch?v=5iqGxV2nkz8
https://www.youtube.com/watch?v=5LZNOolxPdg
https://www.youtube.com/watch?v=5nwNN81v29c
https://www.youtube.com/watch?v=5P31JFDTS0s
https://www.youtube.com/watch?v=634rgdm3UJI
https://www.youtube.com/watch?v=69FHljwBxqU
https://www.youtube.com/watch?v=6D9gOxB3x84
```

```
https://www.youtube.com/watch?v=6G19n2Wni9s
https://www.youtube.com/watch?v=6H4MiJDZJ74
https://www.youtube.com/watch?v=6JsPhhmQ6D8
https://www.youtube.com/watch?v=6oJZW_y74ng
https://www.youtube.com/watch?v=6p_JC2yymHo
https://www.youtube.com/watch?v=6Twy5CeTI9I
https://www.youtube.com/watch?v=6Y5MLixTT-g
https://www.youtube.com/watch?v=6Y5MLixTT-g
https://www.youtube.com/watch?v=6YrYyq_6Y2Y
https://www.youtube.com/watch?v=7893yAqDQaY
https://www.youtube.com/watch?v=7b3-JIU-VbY
https://www.youtube.com/watch?v=7Bh5G1X4nqs
https://www.youtube.com/watch?v=7BX18iM4ZEk
https://www.youtube.com/watch?v=7BX18iM4ZEk
https://www.youtube.com/watch?v=7F0zLZdcYIY
https://www.youtube.com/watch?v=7f_N_PrUFQM
https://www.youtube.com/watch?v=7hBIEqGuxMg
https://www.youtube.com/watch?v=7IP8l9Jo7lc
https://www.youtube.com/watch?v=7pSePO8WP2o
https://www.youtube.com/watch?v=7R3Bw0oh75M
https://www.youtube.com/watch?v=7uvjSXu5OvA
https://www.youtube.com/watch?v=7whdlt1JO3Q
https://www.youtube.com/watch?v=7_rhJpzKq8Y
https://www.youtube.com/watch?v=84uIzJ4FHxA
https://www.youtube.com/watch?v=84uIzJ4FHxA
https://www.youtube.com/watch?v=8Id5st1HwQ0
https://www.youtube.com/watch?v=8Ig0Tb3NHgc
https://www.youtube.com/watch?v=8ig1OXau5HU
https://www.youtube.com/watch?v=8J2sO9ARgXo
https://www.youtube.com/watch?v=8J2sO9ARgXo
https://www.youtube.com/watch?v=8L_Ljuv7TBg
https://www.youtube.com/watch?v=8silD1mm0iE
https://www.youtube.com/watch?v=8Yed5EwVITw
https://www.youtube.com/watch?v=8Yy0Ossimt4
https://www.youtube.com/watch?v=9gfCCPKviQ0
https://www.youtube.com/watch?v=9HSPKoP-1dc
https://www.youtube.com/watch?v=9IGwgfye6r8
https://www.youtube.com/watch?v=9MVQGszzmko
https://www.youtube.com/watch?v=9mVVLWjMiAE
https://www.youtube.com/watch?v=9O1i0r040Ls
https://www.youtube.com/watch?v=9tYXDU2HTAU
https://www.youtube.com/watch?v=9uxOJwnOhpQ
https://www.youtube.com/watch?v=9vtNe0DIGR4
https://www.youtube.com/watch?v=9WNWiUxSG8w
https://www.youtube.com/watch?v=9Z4tr596YkU
https://www.youtube.com/watch?v=A2Ae2KBicd0
https://www.youtube.com/watch?v=A2sNdPlQ7vQ
https://www.youtube.com/watch?v=A2sNdPlQ7vQ
https://www.youtube.com/watch?v=A2th4NFlHo0
https://www.youtube.com/watch?v=A7zWeSAlwy8
https://www.youtube.com/watch?v=A8mlTlRuxdQ
https://www.youtube.com/watch?v=acE0dpkUgoo
```

```
https://www.youtube.com/watch?v=Addt3LRsoXI
https://www.youtube.com/watch?v=afFWsB1Ctx8
https://www.youtube.com/watch?v=aGejH1lidCg
https://www.youtube.com/watch?v=aHCyZCUcn58
https://www.youtube.com/watch?v=aImzMKN5dPY
https://www.youtube.com/watch?v=Ajlfk6QZtuo
https://www.youtube.com/watch?v=AkKidF2XtGk
https://www.youtube.com/watch?v=AKVDSHHm-dw
https://www.youtube.com/watch?v=alYbm1JM4YE
https://www.youtube.com/watch?v=aobWQGZkLmo
https://www.youtube.com/watch?v=Arl-vVJmhvg
https://www.youtube.com/watch?v=As9zPSwB63E
https://www.youtube.com/watch?v=AsBnm20mqXI
https://www.youtube.com/watch?v=ATjrwFC26Cg
https://www.youtube.com/watch?v=ATMDnhx4J2I
https://www.youtube.com/watch?v=aUagJHYdXk0
https://www.youtube.com/watch?v=AukuddJ5ksY
https://www.youtube.com/watch?v=AukuddJ5ksY
https://www.youtube.com/watch?v=aWj7qhC30Fc
https://www.youtube.com/watch?v=aYerCun28-0
https://www.youtube.com/watch?v=AYo_01kW6_8
https://www.youtube.com/watch?v=B0IwVHcaXiM
https://www.youtube.com/watch?v=b0NvN3k6jTA
https://www.youtube.com/watch?v=B78xK1FXI1w
https://www.youtube.com/watch?v=B78xK1FXI1w
https://www.youtube.com/watch?v=b7RpJdaxxPI
https://www.youtube.com/watch?v=b9h9W40FLn8
https://www.youtube.com/watch?v=bCDFb4Ktvbw
https://www.youtube.com/watch?v=BDe64DZ47TU
https://www.youtube.com/watch?v=Bf72DYXsGd4
https://www.youtube.com/watch?v=BHKHL9_5REQ
https://www.youtube.com/watch?v=BnnI3Jx0t0o
https://www.youtube.com/watch?v=bO32MARJbAQ
https://www.youtube.com/watch?v=bSqrUPuuVCU
https://www.youtube.com/watch?v=bTEgepc0FUQ
https://www.youtube.com/watch?v=BTjWLA7ddFM
https://www.youtube.com/watch?v=BtYlO2dST1g
https://www.youtube.com/watch?v=BT_KmkksY34
https://www.youtube.com/watch?v=BvPtbUCWG6U
https://www.youtube.com/watch?v=bzLqTy-mo78
https://www.youtube.com/watch?v=bzOw7HI4zJ4
https://www.youtube.com/watch?v=C-8iHm9oHQ4
https://www.youtube.com/watch?v=C1L3mgxlTHg
https://www.youtube.com/watch?v=CBmtl5OrXco
https://www.youtube.com/watch?v=CcC3lkBSQh4
https://www.youtube.com/watch?v=cf0oQlU2JzQ
https://www.youtube.com/watch?v=Cf9zAiviujo
https://www.youtube.com/watch?v=Cf9zAiviujo
https://www.youtube.com/watch?v=cfx7SXJyA0w
https://www.youtube.com/watch?v=CH3Pyq4M1x8
https://www.youtube.com/watch?v=cHcbgMVQEik
https://www.youtube.com/watch?v=CIcFD9Foao0
```

```
https://www.youtube.com/watch?v=CjmCJuYvujU
https://www.youtube.com/watch?v=CjmCJuYvujU
https://www.youtube.com/watch?v=CJVkxEAhDWc
https://www.youtube.com/watch?v=CK5FeSCy4Xo
https://www.youtube.com/watch?v=cny8Br6Ftgo
https://www.youtube.com/watch?v=CnZ2kRrKmTU
https://www.youtube.com/watch?v=cp9yfAQAE4g
https://www.youtube.com/watch?v=CqAmAnKiTpI
https://www.youtube.com/watch?v=CqAmAnKiTpI
https://www.youtube.com/watch?v=CRBzQfCktRE
https://www.youtube.com/watch?v=cuFjTTs_wl4
https://www.youtube.com/watch?v=cW_LNJGi7zA
https://www.youtube.com/watch?v=cW_LNJGi7zA
https://www.youtube.com/watch?v=CZTz5p3YREk
https://www.youtube.com/watch?v=C_IghMGKSD8
https://www.youtube.com/watch?v=C_IghMGKSD8
https://www.youtube.com/watch?v=d3Rbyne0v3Y
https://www.youtube.com/watch?v=D5SNWJwXfHQ
https://www.youtube.com/watch?v=d85YUed7gt4
https://www.youtube.com/watch?v=d9KUvgIPrIw
https://www.youtube.com/watch?v=d9KUvgIPrIw
https://www.youtube.com/watch?v=DAwn_ODjuXI
https://www.youtube.com/watch?v=dE4xeM_thSc
https://www.youtube.com/watch?v=DGWO1ZYpD-g
https://www.youtube.com/watch?v=dHJjE77jDcE
https://www.youtube.com/watch?v=DHTsHeqmTTU
https://www.youtube.com/watch?v=Di-uFC4tw4M
https://www.youtube.com/watch?v=DIeysCE1wRA
https://www.youtube.com/watch?v=dla7zKgIGXk
https://www.youtube.com/watch?v=DLLZLLQa2rw
https://www.youtube.com/watch?v=Dmd2xaJ9Mlc
https://www.youtube.com/watch?v=dnpplsvbIZM
https://www.youtube.com/watch?v=dnpplsvbIZM
https://www.youtube.com/watch?v=DOYUolBkBNA
https://www.youtube.com/watch?v=DOYUolBkBNA
https://www.youtube.com/watch?v=DrLSL2nE5e0
https://www.youtube.com/watch?v=drMqQizMuGA
https://www.youtube.com/watch?v=dRxSIvc0caQ
https://www.youtube.com/watch?v=DTOrae6nhDo
https://www.youtube.com/watch?v=DtrK_eBf3pI
https://www.youtube.com/watch?v=DTVfehOBvkE
https://www.youtube.com/watch?v=dvBVajm5-Go
https://www.youtube.com/watch?v=dwG8qr9_zpE
https://www.youtube.com/watch?v=dxa4wyA1zVo
https://www.youtube.com/watch?v=d_xHmGmILEU
https://www.youtube.com/watch?v=d_xHmGmILEU
https://www.youtube.com/watch?v=e1m-_pGAsoQ
https://www.youtube.com/watch?v=E2ad35YhMMM
https://www.youtube.com/watch?v=E2ad35YhMMM
https://www.youtube.com/watch?v=E46ovlMPUr0
https://www.youtube.com/watch?v=E8Z_MEEcGr8
https://www.youtube.com/watch?v=eA7CEHXuiVY
```

```
https://www.youtube.com/watch?v=EbBB2JbWolQ
https://www.youtube.com/watch?v=eBIHlg0-ofw
https://www.youtube.com/watch?v=EbvgJ6IWcSU
https://www.youtube.com/watch?v=EbwXUs13YyU
https://www.youtube.com/watch?v=EciHb_1zOng
https://www.youtube.com/watch?v=ed1qr3ec5U0
https://www.youtube.com/watch?v=eDHksP7BWoU
https://www.youtube.com/watch?v=eETmr_MZvP8
https://www.youtube.com/watch?v=Ef43FDtlQ9c
https://www.youtube.com/watch?v=eG6OjnC-vu4
https://www.youtube.com/watch?v=eGqyHlu079s
https://www.youtube.com/watch?v=eHvJR5FcqAQ
https://www.youtube.com/watch?v=EKFsaH40j64
https://www.youtube.com/watch?v=eKzJ9CBbu6Y
https://www.youtube.com/watch?v=eKzJ9CBbu6Y
https://www.youtube.com/watch?v=EnFAFZCkEhw
https://www.youtube.com/watch?v=EpHbiCQt060
https://www.youtube.com/watch?v=eScqC6i3NOo
https://www.youtube.com/watch?v=ESIzBeIcrmw
https://www.youtube.com/watch?v=eSML2EFRvKI
https://www.youtube.com/watch?v=EvCvqLmql9g
https://www.youtube.com/watch?v=evd4TULEGo8
https://www.youtube.com/watch?v=EvFZuX4t034
https://www.youtube.com/watch?v=F2ZKS5CWaKY
https://www.youtube.com/watch?v=f5kclkN18vw
https://www.youtube.com/watch?v=f5V-k6xCIi0
https://www.youtube.com/watch?v=F7pQnJDcihY
https://www.youtube.com/watch?v=fDvT6tChlv8
https://www.youtube.com/watch?v=FdWTRKuWxjM
https://www.youtube.com/watch?v=FdWTRKuWxjM
https://www.youtube.com/watch?v=FGYHfcoekJE
https://www.youtube.com/watch?v=fJJIqXVx-20
https://www.youtube.com/watch?v=fkcgqq-gOi8
https://www.youtube.com/watch?v=fkcgqq-gOi8
https://www.youtube.com/watch?v=fSYwoLfHCNg
https://www.youtube.com/watch?v=FU90P5tCylA
https://www.youtube.com/watch?v=fVrTbXlvmb0
https://www.youtube.com/watch?v=FWpvDNsMm5k
https://www.youtube.com/watch?v=FWpvDNsMm5k
https://www.youtube.com/watch?v=FX1hA7ScphU
https://www.youtube.com/watch?v=FX1hA7ScphU
https://www.youtube.com/watch?v=F_HfCjX4WYw
https://www.youtube.com/watch?v=g6Bb16Ec0uY
https://www.youtube.com/watch?v=G7EEot5uiaw
https://www.youtube.com/watch?v=g9pPfb1KIzw
https://www.youtube.com/watch?v=Gb4ANIIvRgQ
https://www.youtube.com/watch?v=gCAYOWXSwfg
https://www.youtube.com/watch?v=GcmFIAXMjOw
https://www.youtube.com/watch?v=GcmFIAXMjOw
https://www.youtube.com/watch?v=GDrS-71xIXU
https://www.youtube.com/watch?v=GE-DV9lC4fc
https://www.youtube.com/watch?v=gEJcEUJt9KE
```

```
https://www.youtube.com/watch?v=GEYwMXY2tlM
https://www.youtube.com/watch?v=gFz_x7fRZ9o
https://www.youtube.com/watch?v=Gg0YAXTyOoM
https://www.youtube.com/watch?v=GIMw1Z6vJl4
https://www.youtube.com/watch?v=GIMw1Z6vJl4
https://www.youtube.com/watch?v=giYycCGWdRo
https://www.youtube.com/watch?v=GoKrSB0vdeI
https://www.youtube.com/watch?v=GoKrSB0vdeI
https://www.youtube.com/watch?v=gp0FocurmhU
https://www.youtube.com/watch?v=GS5httFXCs8
https://www.youtube.com/watch?v=gS8PZWllgw4
https://www.youtube.com/watch?v=GX_0yBhJp-c
https://www.youtube.com/watch?v=h0ZoR-x6KNQ
https://www.youtube.com/watch?v=H2POojDc854
https://www.youtube.com/watch?v=h4AaIY42q2k
https://www.youtube.com/watch?v=h9fqe8mAt9I
https://www.youtube.com/watch?v=HbgwPcYiNig
https://www.youtube.com/watch?v=hD7NjhM5SSw
https://www.youtube.com/watch?v=HDC1VuEpWSg
https://www.youtube.com/watch?v=hdgvLewk8wA
https://www.youtube.com/watch?v=hDZ_T-n_2gI
https://www.youtube.com/watch?v=hDZ_T-n_2gI
https://www.youtube.com/watch?v=HEZ5--wRMY4
https://www.youtube.com/watch?v=hHwfzOXvtFo
https://www.youtube.com/watch?v=HiptzZbs6i4
https://www.youtube.com/watch?v=HLE5Knh2Vew
https://www.youtube.com/watch?v=HmEb3lW0PgQ
https://www.youtube.com/watch?v=HmSh2Cod2QQ
https://www.youtube.com/watch?v=HqlFU8rZYC8
https://www.youtube.com/watch?v=HRgRkJuQbBk
https://www.youtube.com/watch?v=hUPw1RROnmI
https://www.youtube.com/watch?v=HwIT63Mqeow
https://www.youtube.com/watch?v=hWmjF1GzwiY
https://www.youtube.com/watch?v=HyZHz-MUXCI
https://www.youtube.com/watch?v=HZdz6nWw3d0
https://www.youtube.com/watch?v=HZowJH6Id8s
https://www.youtube.com/watch?v=HZowJH6Id8s
https://www.youtube.com/watch?v=hzXBXiuGsAM
https://www.youtube.com/watch?v=I-GUt0bWhzs
https://www.youtube.com/watch?v=i0HBfRUmYJI
https://www.youtube.com/watch?v=i4tk2rUF6-U
https://www.youtube.com/watch?v=i8P4_TvzYOg
https://www.youtube.com/watch?v=I8UjWIdNjP4
https://www.youtube.com/watch?v=I8UjWIdNjP4
https://www.youtube.com/watch?v=ia6oAu-4r7I
https://www.youtube.com/watch?v=IaKbCTB_PpM
https://www.youtube.com/watch?v=iAwcjWiQkGQ
https://www.youtube.com/watch?v=ICutwPy5ftM
https://www.youtube.com/watch?v=ID1tE0F0IaI
https://www.youtube.com/watch?v=IEcwCav3wS8
https://www.youtube.com/watch?v=IEecobQtsjA
https://www.youtube.com/watch?v=IEecobQtsjA
```

```
https://www.youtube.com/watch?v=IEn6V7azB7M
https://www.youtube.com/watch?v=If1J4yILZtQ
https://www.youtube.com/watch?v=ig8wGLIihVs
https://www.youtube.com/watch?v=ihiZNd40q3I
https://www.youtube.com/watch?v=iin4MV5T5_E
https://www.youtube.com/watch?v=IJ7h9dDMs7w
https://www.youtube.com/watch?v=iKG6Iy9GLqQ
https://www.youtube.com/watch?v=iLReL4gBd8I
https://www.youtube.com/watch?v=IlWN3lqZ0CM
https://www.youtube.com/watch?v=ilXxxIWI1BE
https://www.youtube.com/watch?v=ImjHNIA6BX4
https://www.youtube.com/watch?v=IMx-aGA5qio
https://www.youtube.com/watch?v=iO5LgZoJJNU
https://www.youtube.com/watch?v=Iq5l1-AhsLM
https://www.youtube.com/watch?v=Iq5l1-AhsLM
https://www.youtube.com/watch?v=Iu2JKg91Wq8
https://www.youtube.com/watch?v=IuRXrNvlRUA
https://www.youtube.com/watch?v=IwE3KCxn2cM
https://www.youtube.com/watch?v=Iyc7LQ2qQSw
https://www.youtube.com/watch?v=iz5obW0dlaE
https://www.youtube.com/watch?v=I_j01In7pXk
https://www.youtube.com/watch?v=j05EROJ2mNY
https://www.youtube.com/watch?v=J18jQTpz3Qw
https://www.youtube.com/watch?v=j36fJm8f0Ks
https://www.youtube.com/watch?v=jdj9vM-DwUI
https://www.youtube.com/watch?v=jgg_nbo13uk
https://www.youtube.com/watch?v=JI42RQgjjgw
https://www.youtube.com/watch?v=JKgq2lQRH1c
https://www.youtube.com/watch?v=jLliB2fbf9U
https://www.youtube.com/watch?v=JoK1i3BPsGg
https://www.youtube.com/watch?v=jRZAHxcM5gs
https://www.youtube.com/watch?v=JT5x4eB5fvU
https://www.youtube.com/watch?v=JtdIH73yyrM
https://www.youtube.com/watch?v=JTmuAlX8p7k
https://www.youtube.com/watch?v=JTmuAlX8p7k
https://www.youtube.com/watch?v=JWm-J10OiXg
https://www.youtube.com/watch?v=JxD3l4JEvpg
https://www.youtube.com/watch?v=jYE6Z5WpZLU
https://www.youtube.com/watch?v=j_C0KGWjRyI
https://www.youtube.com/watch?v=k-c9nwKOz3w
https://www.youtube.com/watch?v=k4AXEtnfTeU
https://www.youtube.com/watch?v=k4AXEtnfTeU
https://www.youtube.com/watch?v=K5cLmUos5KE
https://www.youtube.com/watch?v=K5si7W8CD60
https://www.youtube.com/watch?v=k6JVjK4udpo
https://www.youtube.com/watch?v=K912LPvidFs
https://www.youtube.com/watch?v=K9nCpz2ImPg
https://www.youtube.com/watch?v=KaJcR_GGMLg
https://www.youtube.com/watch?v=Ke12hBB7ISY
https://www.youtube.com/watch?v=kEZgwc0kPa8
https://www.youtube.com/watch?v=kG2ZvLEZkeI
https://www.youtube.com/watch?v=kG2ZvLEZkeI
```

```
https://www.youtube.com/watch?v=KIYh_ZM95gM
https://www.youtube.com/watch?v=KjbX3XnoSIg
https://www.youtube.com/watch?v=kriQdf9zYcs
https://www.youtube.com/watch?v=KrZ9Plr3egc
https://www.youtube.com/watch?v=KSHpLr8qNZ0
https://www.youtube.com/watch?v=ktRI26eQFhg
https://www.youtube.com/watch?v=kuVfFhTaNKw
https://www.youtube.com/watch?v=kVAmatWK9EU
https://www.youtube.com/watch?v=kVAmatWK9EU
https://www.youtube.com/watch?v=kxQLDckdyfg
https://www.youtube.com/watch?v=kXrHciBSd0M
https://www.youtube.com/watch?v=kY079Oclbpo
https://www.youtube.com/watch?v=kYiwFgh4KPY
https://www.youtube.com/watch?v=l23MikWfPis
https://www.youtube.com/watch?v=L3NPb9AMgXM
https://www.youtube.com/watch?v=l8cJF3ehEIg
https://www.youtube.com/watch?v=laUN1sCDEVA
https://www.youtube.com/watch?v=lbGyd1YT564
https://www.youtube.com/watch?v=LCJpjvrbWQs
https://www.youtube.com/watch?v=lfWNqGyuGh0
https://www.youtube.com/watch?v=lggwE85ZQUY
https://www.youtube.com/watch?v=LhIZ78wK7tw
https://www.youtube.com/watch?v=lJj-1d9GIFc
https://www.youtube.com/watch?v=lnsmjr_Mngc
https://www.youtube.com/watch?v=Lo8BY_7j7js
https://www.youtube.com/watch?v=lPZM6JF_rb4
https://www.youtube.com/watch?v=lQxWUcXhwLk
https://www.youtube.com/watch?v=LsPv6GKzyWA
https://www.youtube.com/watch?v=LsWMPUVMjy0
https://www.youtube.com/watch?v=lWMSc1oKeWQ
https://www.youtube.com/watch?v=lxhEM65mwYY
https://www.youtube.com/watch?v=lXZJbjzI2iM
https://www.youtube.com/watch?v=Lyw8W2dm4vk
https://www.youtube.com/watch?v=Lyw8W2dm4vk
https://www.youtube.com/watch?v=M22W-ice2I4
https://www.youtube.com/watch?v=M22W-ice2I4
https://www.youtube.com/watch?v=m3YrerYcXpo
https://www.youtube.com/watch?v=M9DIhyNnwAw
https://www.youtube.com/watch?v=MEPXpezYrLM
https://www.youtube.com/watch?v=mEtU2SVPv6Y
https://www.youtube.com/watch?v=mizpGPTJqvc
https://www.youtube.com/watch?v=mJTubucHyro
https://www.youtube.com/watch?v=MK-cspGL32E
https://www.youtube.com/watch?v=ML0w93WyUvQ
https://www.youtube.com/watch?v=Mm679ccLcjA
https://www.youtube.com/watch?v=MPW_H3peLb4
https://www.youtube.com/watch?v=MpXRzqIGIvQ
https://www.youtube.com/watch?v=MQm8ZzHiJ-o
https://www.youtube.com/watch?v=mrkRfMlpOoA
https://www.youtube.com/watch?v=mT-HjVXjj9U
https://www.youtube.com/watch?v=MuUYn-j8m5s
https://www.youtube.com/watch?v=MWm6I85NO2k
```

```
https://www.youtube.com/watch?v=My1R9Uajdlk
https://www.youtube.com/watch?v=my8KBdGU0fQ
https://www.youtube.com/watch?v=Myeb2oSto74
https://www.youtube.com/watch?v=MYLB9GKMjuE
https://www.youtube.com/watch?v=mymQ0z-n3tE
https://www.youtube.com/watch?v=mZsBUTi5p4U
https://www.youtube.com/watch?v=MzxJr5TbrYo
https://www.youtube.com/watch?v=n3zGcEyWLjU
https://www.youtube.com/watch?v=n7GHJtwO4rg
https://www.youtube.com/watch?v=N8HKuVe0v2M
https://www.youtube.com/watch?v=N8uvNmwGE88
https://www.youtube.com/watch?v=NA7W4vUli7o
https://www.youtube.com/watch?v=naxtUFiEjLI
https://www.youtube.com/watch?v=NcFP-zf3axA
https://www.youtube.com/watch?v=NcPL0ZFI5xw
https://www.youtube.com/watch?v=ncPMvKjMExw
https://www.youtube.com/watch?v=NcPvPvfKKI8
https://www.youtube.com/watch?v=Nf_s4ArQoyI
https://www.youtube.com/watch?v=nJiPAGfW2eQ
https://www.youtube.com/watch?v=NjZlAFvw9oc
https://www.youtube.com/watch?v=NkLcPTnehho
https://www.youtube.com/watch?v=nknn76JAXYc
https://www.youtube.com/watch?v=nlVcCjhSX3g
https://www.youtube.com/watch?v=NMRVikfRHrM
https://www.youtube.com/watch?v=nncR1LDvSU4
https://www.youtube.com/watch?v=NOlUqwLH7Vg
https://www.youtube.com/watch?v=np7Xo4ph9kA
https://www.youtube.com/watch?v=nPPVB9IJ1xs
https://www.youtube.com/watch?v=Ns4Xl16cKmI
https://www.youtube.com/watch?v=NSd7Zma6wDw
https://www.youtube.com/watch?v=NsS9ePTwnIQ
https://www.youtube.com/watch?v=ntws8m_jLRw
https://www.youtube.com/watch?v=nu17Qp7o-BU
https://www.youtube.com/watch?v=nUTxOuY0ONs
https://www.youtube.com/watch?v=NVFGzoC4_mM
https://www.youtube.com/watch?v=NX1fDG28xuk
https://www.youtube.com/watch?v=NxvHTOKTjTs
https://www.youtube.com/watch?v=NYenjCU_uYA
https://www.youtube.com/watch?v=nYma5ufdllo
https://www.youtube.com/watch?v=nyvHG7H4xxk
https://www.youtube.com/watch?v=nyzSCMWVrzE
https://www.youtube.com/watch?v=o-FhIhmbEDg
https://www.youtube.com/watch?v=O0P3NcWqFW8
https://www.youtube.com/watch?v=O1juwAUlN7g
https://www.youtube.com/watch?v=O5P75avL8hw
https://www.youtube.com/watch?v=obcV09Dsg2E
https://www.youtube.com/watch?v=oC747ybTSbQ
https://www.youtube.com/watch?v=oDAQgBBMSGw
https://www.youtube.com/watch?v=OE03cm5kcA0
https://www.youtube.com/watch?v=oFGJNfkq-F0
https://www.youtube.com/watch?v=OfyTt5WXJlM
https://www.youtube.com/watch?v=oh-l85A0duY
```

```
https://www.youtube.com/watch?v=oNv_u4hbPN8
https://www.youtube.com/watch?v=OPIoNQAg24Y
https://www.youtube.com/watch?v=opkADGwk-Yc
https://www.youtube.com/watch?v=oSuJFU9dzmo
https://www.youtube.com/watch?v=oTIpw40ahYw
https://www.youtube.com/watch?v=OUbBhAHDFaw
https://www.youtube.com/watch?v=OwCGDuF0n70
https://www.youtube.com/watch?v=owK6IdfBECk
https://www.youtube.com/watch?v=ox8ufP1AQkQ
https://www.youtube.com/watch?v=ox8ufP1AQkQ
https://www.youtube.com/watch?v=oxFkmIhenGo
https://www.youtube.com/watch?v=OZoDZk8vzz0
https://www.youtube.com/watch?v=p0X-m4eFZW4
https://www.youtube.com/watch?v=p1L67WB7Q3s
https://www.youtube.com/watch?v=p21s5wcyE0E
https://www.youtube.com/watch?v=P3krHp5DBNY
https://www.youtube.com/watch?v=P4x8GwKhUrM
https://www.youtube.com/watch?v=P5j6Fd5bJt0
https://www.youtube.com/watch?v=p9pUspdOK3s
https://www.youtube.com/watch?v=p9pUspdOK3s
https://www.youtube.com/watch?v=PcGCH38YFt8
https://www.youtube.com/watch?v=pfes8cYM8hU
https://www.youtube.com/watch?v=Pi23zMv8yCU
https://www.youtube.com/watch?v=PiFT1seJp7o
https://www.youtube.com/watch?v=PIwdsveKjYU
https://www.youtube.com/watch?v=pjA8WdwOZjk
https://www.youtube.com/watch?v=PjYB-G3ZqDk
https://www.youtube.com/watch?v=pLt74MWme3E
https://www.youtube.com/watch?v=pm1WKaatOjM
https://www.youtube.com/watch?v=pm1WKaatOjM
https://www.youtube.com/watch?v=pmzXjIo8LMM
https://www.youtube.com/watch?v=pOBDuQAAajA
https://www.youtube.com/watch?v=pQXE6GBgjlQ
https://www.youtube.com/watch?v=PrsVwCNHILg
https://www.youtube.com/watch?v=pviziN7AhrE
https://www.youtube.com/watch?v=Pxj2H8X0DxY
https://www.youtube.com/watch?v=Pxzu2V_SEuI
https://www.youtube.com/watch?v=Pxzu2V_SEuI
https://www.youtube.com/watch?v=pY6z_ji8dmc
https://www.youtube.com/watch?v=pY6z_ji8dmc
https://www.youtube.com/watch?v=PYWFDdTo5Go
https://www.youtube.com/watch?v=Q1d_ZFSPBtM
https://www.youtube.com/watch?v=Q2xP9sSDIxg
https://www.youtube.com/watch?v=Q5PaOU-uLZo
https://www.youtube.com/watch?v=Q69W-d3jWM8
https://www.youtube.com/watch?v=q6GuDTWLWvE
https://www.youtube.com/watch?v=q6GuDTWLWvE
https://www.youtube.com/watch?v=Q73EebnHkyk
https://www.youtube.com/watch?v=Q7sc6vPqlEc
https://www.youtube.com/watch?v=Q9XStd62yy0
https://www.youtube.com/watch?v=Qa0UbbucK98
https://www.youtube.com/watch?v=QaFN1nTU4Jg
```

```
https://www.youtube.com/watch?v=qD1eGlOv5JE
https://www.youtube.com/watch?v=qD1eGlOv5JE
https://www.youtube.com/watch?v=qD7NesNIZRk
https://www.youtube.com/watch?v=QdbCtEdxJto
https://www.youtube.com/watch?v=QEd-x2Peuls
https://www.youtube.com/watch?v=Qek3GPildo0
https://www.youtube.com/watch?v=qHrln1Itg30
https://www.youtube.com/watch?v=qLfn5qMbMm4
https://www.youtube.com/watch?v=QLrlFGe8gEU
https://www.youtube.com/watch?v=qMJPJN7vfyk
https://www.youtube.com/watch?v=qqJ477izeoI
https://www.youtube.com/watch?v=qS0vUwgOZz4
https://www.youtube.com/watch?v=QT46QeEAL7g
https://www.youtube.com/watch?v=QtKr_lXQ35w
https://www.youtube.com/watch?v=Qul_rwm2PrI
https://www.youtube.com/watch?v=QZae0GpczHA
https://www.youtube.com/watch?v=r07kP0iQL5E
https://www.youtube.com/watch?v=r2o_gjB9jb4
https://www.youtube.com/watch?v=r2o_gjB9jb4
https://www.youtube.com/watch?v=r8yepFkTxgM
https://www.youtube.com/watch?v=rAgx5sWWgbs
https://www.youtube.com/watch?v=rAgx5sWWgbs
https://www.youtube.com/watch?v=rCqF_L7UB7k
https://www.youtube.com/watch?v=rgciGRxs2PQ
https://www.youtube.com/watch?v=rgIZnLXXjNg
https://www.youtube.com/watch?v=RjN5cxp7bjY
https://www.youtube.com/watch?v=rJwpFaqR0xQ
https://www.youtube.com/watch?v=rKF9bSKu8lo
https://www.youtube.com/watch?v=rlGXpKwmfSM
https://www.youtube.com/watch?v=rMLY70-GePU
https://www.youtube.com/watch?v=rnlwCEL9esA
https://www.youtube.com/watch?v=rnlwCEL9esA
https://www.youtube.com/watch?v=rocyNOZAPNo
https://www.youtube.com/watch?v=rOtrdsscsc4
https://www.youtube.com/watch?v=RpetmXPD49g
https://www.youtube.com/watch?v=rpTsss8Y-TQ
https://www.youtube.com/watch?v=rQctxSiU8CA
https://www.youtube.com/watch?v=RQUftBaDt_4
https://www.youtube.com/watch?v=rtLnUPwcnJw
https://www.youtube.com/watch?v=RUy4K9JF-y4
https://www.youtube.com/watch?v=RVFsB4I8K4c
https://www.youtube.com/watch?v=RVNBryIjRAs
https://www.youtube.com/watch?v=rWuff18NfiM
https://www.youtube.com/watch?v=RxI84MvBfz4
https://www.youtube.com/watch?v=RxI84MvBfz4
https://www.youtube.com/watch?v=rxmaX5lmf18
https://www.youtube.com/watch?v=RxrOwyEyiqo
https://www.youtube.com/watch?v=ryhsZ2Zse7s
https://www.youtube.com/watch?v=RYxUSV29y9o
https://www.youtube.com/watch?v=RYxUSV29y9o
https://www.youtube.com/watch?v=ryYLMbCGpsc
https://www.youtube.com/watch?v=S0Wd21okM2Y
```

```
https://www.youtube.com/watch?v=s2643dhfF1I
https://www.youtube.com/watch?v=S2o5Lm5NIJs
https://www.youtube.com/watch?v=S3R15TB4dJ4
https://www.youtube.com/watch?v=SBh1mBmiuwM
https://www.youtube.com/watch?v=SD0IXOIj9DM
https://www.youtube.com/watch?v=SdA_KBKYvNI
https://www.youtube.com/watch?v=SDia0V1-8fU
https://www.youtube.com/watch?v=SDK0q7F6lcU
https://www.youtube.com/watch?v=Sfox38at7r4
https://www.youtube.com/watch?v=ShwauVHfJlw
https://www.youtube.com/watch?v=skoDE_qN2Aw
https://www.youtube.com/watch?v=skoDE_qN2Aw
https://www.youtube.com/watch?v=so08I5lipg0
https://www.youtube.com/watch?v=SqGLxJFByvk
https://www.youtube.com/watch?v=SqxDB4WTBZA
https://www.youtube.com/watch?v=ssADN_wnthE
https://www.youtube.com/watch?v=StT1Y5KBtwY
https://www.youtube.com/watch?v=sUANhMU6IJ4
https://www.youtube.com/watch?v=sUFHXyNol_o
https://www.youtube.com/watch?v=SX55XM_b1Ss
https://www.youtube.com/watch?v=SxQAu543o8c
https://www.youtube.com/watch?v=t0Cgf3JEhtY
https://www.youtube.com/watch?v=T216IEyv6go
https://www.youtube.com/watch?v=t9Pg2tAkQuQ
https://www.youtube.com/watch?v=t9Pg2tAkQuQ
https://www.youtube.com/watch?v=T9Zi1gjXg98
https://www.youtube.com/watch?v=TA17KrtvTPo
https://www.youtube.com/watch?v=TASn4qLbF7s
https://www.youtube.com/watch?v=TBCEE7s9KGw
https://www.youtube.com/watch?v=tbGAGjAeFx8
https://www.youtube.com/watch?v=tD7zJZmXpU8
https://www.youtube.com/watch?v=tD7zJZmXpU8
https://www.youtube.com/watch?v=tES3lPmlLL4
https://www.youtube.com/watch?v=tES3lPmlLL4
https://www.youtube.com/watch?v=TfmCJHDJRzI
https://www.youtube.com/watch?v=TFxvj_l5Fzg
https://www.youtube.com/watch?v=Tg0-mQbEJ9s
https://www.youtube.com/watch?v=Tg0-mQbEJ9s
https://www.youtube.com/watch?v=ThBkcQCqfcE
https://www.youtube.com/watch?v=TJcrtveiWF4
https://www.youtube.com/watch?v=tjJ7vSvF6V4
https://www.youtube.com/watch?v=tjNqLV9jF80
https://www.youtube.com/watch?v=Tjs9LFPO5kk
https://www.youtube.com/watch?v=TlSkezWtPmQ
https://www.youtube.com/watch?v=TojdaTsIjTI
https://www.youtube.com/watch?v=tOYN7SGql0I
https://www.youtube.com/watch?v=TrdHnFCl3yk
https://www.youtube.com/watch?v=TREzu8HuPaU
https://www.youtube.com/watch?v=tRFhniAIDng
https://www.youtube.com/watch?v=TrnRpSXM9JM
https://www.youtube.com/watch?v=TrvoWtr4oEA
https://www.youtube.com/watch?v=tV9eX3z888Q
```

```
https://www.youtube.com/watch?v=tV9eX3z888Q
https://www.youtube.com/watch?v=TVQXZL9QjB4
https://www.youtube.com/watch?v=tw3zHLi12iw
https://www.youtube.com/watch?v=Ty9fGvti21c
https://www.youtube.com/watch?v=Ty9fGvti21c
https://www.youtube.com/watch?v=tZobGjSJlws
https://www.youtube.com/watch?v=T_INMgofXhM
https://www.youtube.com/watch?v=T_kPQGaXPWM
https://www.youtube.com/watch?v=U0cK09UPTHI
https://www.youtube.com/watch?v=U1Y14osyhY4
https://www.youtube.com/watch?v=u77VrJRxU2w
https://www.youtube.com/watch?v=u8wSvCrYvq8
https://www.youtube.com/watch?v=UaThfL5AiSs
https://www.youtube.com/watch?v=ucwPgX1Y5Ow
https://www.youtube.com/watch?v=uFL3dOHonKI
https://www.youtube.com/watch?v=ui4e1Vuq3WE
https://www.youtube.com/watch?v=UK8NNk2Ve-M
https://www.youtube.com/watch?v=UkFXB2hZ8Kk
https://www.youtube.com/watch?v=uN96pfD9IzM
https://www.youtube.com/watch?v=ur2I3U9oBXE
https://www.youtube.com/watch?v=uRopRDAi_GI
https://www.youtube.com/watch?v=urP7-XcktnE
https://www.youtube.com/watch?v=Ut-GXCayfOk
https://www.youtube.com/watch?v=uUFxCLDWDX4
https://www.youtube.com/watch?v=UWCfoMAX0hA
https://www.youtube.com/watch?v=UWCfoMAX0hA
https://www.youtube.com/watch?v=UxCsxFsgNnI
https://www.youtube.com/watch?v=uXWjyEBB2Zw
https://www.youtube.com/watch?v=UYlILEQ_ptY
https://www.youtube.com/watch?v=UZAppBYj0_I
https://www.youtube.com/watch?v=uZC-GceP58E
https://www.youtube.com/watch?v=v-LQUlQgHZY
https://www.youtube.com/watch?v=v3dPNWA6cjw
https://www.youtube.com/watch?v=v6adbU_mhDQ
https://www.youtube.com/watch?v=v6cIeXEeNRI
https://www.youtube.com/watch?v=V7UXXvqR1ao
https://www.youtube.com/watch?v=V9lDCewXzdI
https://www.youtube.com/watch?v=v9oqdfOxj3Y
https://www.youtube.com/watch?v=va4stJaVZT8
https://www.youtube.com/watch?v=VaFfTcxcO78
https://www.youtube.com/watch?v=VCa5lDeraMo
https://www.youtube.com/watch?v=vCBJ-mZfO3U
https://www.youtube.com/watch?v=vCBJ-mZfO3U
https://www.youtube.com/watch?v=VcJLuw0lklg
https://www.youtube.com/watch?v=VcJLuw0lklg
https://www.youtube.com/watch?v=vFN5iIAPQZA
https://www.youtube.com/watch?v=VGc8lbA_G88
https://www.youtube.com/watch?v=VGy3VLDoCIc
https://www.youtube.com/watch?v=ViNejihZ_oE
https://www.youtube.com/watch?v=ViNejihZ_oE
https://www.youtube.com/watch?v=VJ86AbvnfJA
https://www.youtube.com/watch?v=vkVEMdKHX-k
```

```
https://www.youtube.com/watch?v=vkVEMdKHX-k
https://www.youtube.com/watch?v=vLvTkEbDNKM
https://www.youtube.com/watch?v=VNUAPJDIaeg
https://www.youtube.com/watch?v=VnuU1TzCjmc
https://www.youtube.com/watch?v=vnZ686jdAwc
https://www.youtube.com/watch?v=VQ1FRu6MHkY
https://www.youtube.com/watch?v=VSAILwVLJkE
https://www.youtube.com/watch?v=vStLXkzSIY8
https://www.youtube.com/watch?v=VtGq1aJ1Vlo
https://www.youtube.com/watch?v=vtMn4GnzXGY
https://www.youtube.com/watch?v=VtP7IuzljSM
https://www.youtube.com/watch?v=vTqQ00UK5eI
https://www.youtube.com/watch?v=vVeegaiRbhg
https://www.youtube.com/watch?v=VVnitCmT1Tg
https://www.youtube.com/watch?v=VxKlsXk2Pvs
https://www.youtube.com/watch?v=vzEvrPeca1M
https://www.youtube.com/watch?v=W-0Wtwblolo
https://www.youtube.com/watch?v=W1zDNsJczxQ
https://www.youtube.com/watch?v=W1zDNsJczxQ
https://www.youtube.com/watch?v=w2F4lwMquX8
https://www.youtube.com/watch?v=w30XcLheQI4
https://www.youtube.com/watch?v=W3W88XvMRLs
https://www.youtube.com/watch?v=W54gfsi3pvs
https://www.youtube.com/watch?v=w6Pu-0xMfJg
https://www.youtube.com/watch?v=W7CDCay4JmE
https://www.youtube.com/watch?v=wa6rXFv7xOI
https://www.youtube.com/watch?v=wa6rXFv7xOI
https://www.youtube.com/watch?v=Wax3rOGYN84
https://www.youtube.com/watch?v=wdaJXaXKkN0
https://www.youtube.com/watch?v=WhH5rg9JBus
https://www.youtube.com/watch?v=Wi8SCT0OgQk
https://www.youtube.com/watch?v=WIQ8ZM7snvA
https://www.youtube.com/watch?v=wJRIR2mHidU
https://www.youtube.com/watch?v=WNcYTrmSxWk
https://www.youtube.com/watch?v=WoRBVvv1pv8
https://www.youtube.com/watch?v=wQNnCwbszPw
https://www.youtube.com/watch?v=wSbvefE6wPc
https://www.youtube.com/watch?v=wSbvefE6wPc
https://www.youtube.com/watch?v=wUeGnckbvhQ
https://www.youtube.com/watch?v=WWZX77N03cA
https://www.youtube.com/watch?v=wXx9F9460Ko
https://www.youtube.com/watch?v=wz-rFkpa1Hs
https://www.youtube.com/watch?v=X1xe1dR_fHM
https://www.youtube.com/watch?v=x2BCKKzOsnU
https://www.youtube.com/watch?v=x3cNs97-tbQ
https://www.youtube.com/watch?v=X6E_PPga0b0
https://www.youtube.com/watch?v=XagxGef4iqA
https://www.youtube.com/watch?v=xAwx7UWjU68
https://www.youtube.com/watch?v=xB-9L6xhESw
https://www.youtube.com/watch?v=XdWZIZO-T38
https://www.youtube.com/watch?v=XELbgABgKcg
https://www.youtube.com/watch?v=xMRcoA6r2UU
```

```
https://www.youtube.com/watch?v=xNPmLciftsE
https://www.youtube.com/watch?v=XOUBICdzKw8
https://www.youtube.com/watch?v=XOvbEp7IZE0
https://www.youtube.com/watch?v=Xp35dGjReRY
https://www.youtube.com/watch?v=XpTWFHx4IIw
https://www.youtube.com/watch?v=XpTWFHx4IIw
https://www.youtube.com/watch?v=XQJjWMH0YNo
https://www.youtube.com/watch?v=xQX5lonRmzM
https://www.youtube.com/watch?v=XUjTjIuJs8U
https://www.youtube.com/watch?v=XUjTjIuJs8U
https://www.youtube.com/watch?v=xw76nmb1CU0
https://www.youtube.com/watch?v=XX-is5kJ6zQ
https://www.youtube.com/watch?v=xy1WBcnimdg
https://www.youtube.com/watch?v=xyBrbjY3mBc
https://www.youtube.com/watch?v=y56z6s6BJwI
https://www.youtube.com/watch?v=y5AWkrQ0Uzk
https://www.youtube.com/watch?v=y60l0mzyyS8
https://www.youtube.com/watch?v=Y9aiKl2vJLc
https://www.youtube.com/watch?v=Y9aiKl2vJLc
https://www.youtube.com/watch?v=yC1UY0xo-qw
https://www.youtube.com/watch?v=YDbpfiCid2k
https://www.youtube.com/watch?v=Ye1UNcCWMxU
https://www.youtube.com/watch?v=yEoOL7lltOk
https://www.youtube.com/watch?v=YeoTs1RLXNw
https://www.youtube.com/watch?v=YeoTs1RLXNw
https://www.youtube.com/watch?v=yFNfiB_Silw
https://www.youtube.com/watch?v=YGA-gRjSDiI
https://www.youtube.com/watch?v=Yi_m4O_gMjQ
https://www.youtube.com/watch?v=ymPG2PMbsJ4
https://www.youtube.com/watch?v=ynPupzCQU68
https://www.youtube.com/watch?v=yNrk7UZ3X7Q
https://www.youtube.com/watch?v=yNrk7UZ3X7Q
https://www.youtube.com/watch?v=yPK_NF6-ZB8
https://www.youtube.com/watch?v=yQfXlcfMhDo
https://www.youtube.com/watch?v=yQfXlcfMhDo
https://www.youtube.com/watch?v=yqoonDPTdbM
https://www.youtube.com/watch?v=yqoonDPTdbM
https://www.youtube.com/watch?v=YrRWtlEhqXg
https://www.youtube.com/watch?v=ytganVJPONo
https://www.youtube.com/watch?v=YTqSDQiKXhU
https://www.youtube.com/watch?v=yVTMHwVHH2A
https://www.youtube.com/watch?v=YWDRTxMB0sM
https://www.youtube.com/watch?v=YxiHWaqPfrE
https://www.youtube.com/watch?v=YzBRRwTVVZ0
https://www.youtube.com/watch?v=z2CrkZFIrew
https://www.youtube.com/watch?v=z5zwRIpU-aQ
https://www.youtube.com/watch?v=Z69TEkx_Lz4
https://www.youtube.com/watch?v=z6pLbZ8ksk4
https://www.youtube.com/watch?v=Z7phR_m0eGk
https://www.youtube.com/watch?v=z9nrhQq8SIw
https://www.youtube.com/watch?v=ZacwSuk7XmE
https://www.youtube.com/watch?v=zB5iInSHAY4
```

```
https://www.youtube.com/watch?v=zBdFCxT42EY
https://www.youtube.com/watch?v=zBdFCxT42EY
https://www.youtube.com/watch?v=ZcK8764aVpo
https://www.youtube.com/watch?v=zD3dtP_Roqk
https://www.youtube.com/watch?v=zD3dtP_Roqk
https://www.youtube.com/watch?v=ZDNm36QO9ms
https://www.youtube.com/watch?v=zF4SMpS0ObI
https://www.youtube.com/watch?v=zFlurlr9Er4
https://www.youtube.com/watch?v=ZG2Mwt7RNEg
https://www.youtube.com/watch?v=zG_79a_fnLQ
https://www.youtube.com/watch?v=zi3QVt6NbrQ
https://www.youtube.com/watch?v=Zif6U5FNR5o
https://www.youtube.com/watch?v=ZKOI4RMU4II
https://www.youtube.com/watch?v=zLiWa4MF774
https://www.youtube.com/watch?v=zLpA84a-Z2k
https://www.youtube.com/watch?v=ZNgDeZhhSJM
https://www.youtube.com/watch?v=Zog0ft1t0Xw
https://www.youtube.com/watch?v=ZPOq4V7KqC0
https://www.youtube.com/watch?v=zpZvdxvtYjQ
https://www.youtube.com/watch?v=ZQNj18i-DpA
https://www.youtube.com/watch?v=ZQNj18i-DpA
https://www.youtube.com/watch?v=ZsNqBkLWezA
https://www.youtube.com/watch?v=ZTfWHjZXWnw
https://www.youtube.com/watch?v=zvJM82YRY1c
https://www.youtube.com/watch?v=zwGYLsGNXMQ
https://www.youtube.com/watch?v=Z_rpVUIm9F0
https://www.youtube.com/watch?v=_0ngkvqce30
https://www.youtube.com/watch?v=_0ngkvqce30
https://www.youtube.com/watch?v=_1DptEID5k0
https://www.youtube.com/watch?v=_447ICp8BoM
https://www.youtube.com/watch?v=_6XVzNmCrkE
https://www.youtube.com/watch?v=_F70iQir910
https://www.youtube.com/watch?v=_junmG5vfKQ
https://www.youtube.com/watch?v=_LdselVOLqM
https://www.youtube.com/watch?v=_OFY-GxaU1M
https://www.youtube.com/watch?v=_qShH7cLOY8
https://www.youtube.com/watch?v=_W-f45KFGZE
https://www.youtube.com/watch?v=_WggpACTKz0
https://www.youtube.com/watch?v=_x-ZvFDp2Cs
```