# UNITED STATES DISTRICT COURT

## for the

## District of Massachusetts

| | |
|---|---|
| JOSE MARIA DECASTRO, an individual ) | Case No. 1:22-cv-11421 |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE AND** |
| ) | **LOCAL RULE STATEMENTS FOR** |
| v. ) | **JOHN DOE DEFENDANTS** |
| ) | |
| JOSHUA ABRAMS, an individual, et al., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE AND L.R. 5.2(a) STATEMENT

Pursuant to Local Rule 5.2(a), since the identity of John Doe Defendants is unknown, I was unable to send a copy of the First Amended Complaint to Defendants or Defendants counsel.

### L.R. 15.1(b) STATEMENT

Pursuant to Local Rule 15.1(b), since the identity of John Doe Defendants is unknown, I was unable to send a copy of a motion to amend to add a new party to the unknown Defendants or Defendants counsel. Additionally, since this was an amendment as a matter of course, Local Rule 15.1(b) does not apply as no motion to amend was required.

Dated: November 16, 2022                    Respectfully submitted,

/s/ Jose DeCastro
Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
chille@situationcreator.com
(310) 963-2445
*Pro Se*