UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE MARIA DeCASTRO, a/k/a CHILLE DeCASTRO, a/k/a DELETE DELETE LAWZ,<br>    Plaintiff,<br><br>v.<br><br>JOSHUA ABRAMS, a/k/a ACCOUNTABILITY FOR ALL, KATE PETER, a/k/a MASSHOLE TROLL MAFIA,<br>    Defendants. | C.A. No. 1:22-cv-11421-ADB |

## **DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF DISMISSAL**

In response to the Court's November 10, 2022 Electronic Order (ECF No. 57), defendants Joshua Abrams a/k/a Accountability for All and Kate Peter a/k/a Masshole Troll Mafia hereby notify the Court that they **do not** consent to dismissal of plaintiff's complaint.

Respectfully Submitted,

*/s/ Benjamin J. Wish*
_____
Benjamin J. Wish (BBO #672743)
TODD & WELD, LLP
One Federal Street, 27th Floor
Boston, Massachusetts 02110
Phone: (617) 720-2626
bwish@toddweld.com

*Counsel for Kate Peter*

Respectfully Submitted,

*/s/ Joshua N. Garick*
_____
Joshua N. Garick (BBO #674603)
LAW OFFICES OF JOSHUA N. GARICK, P.C.
34 Salem Street, Suite 202
Reading, Massachusetts 01867
Phone: (617) 600-7520
Joshua@GarickLaw.com

*Counsel for Joshua Abrams*

Dated:  November 17, 2022

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing:

                                              */s/ Joshua N. Garick*
                                              Joshua N. Garick (BBO #674603)

Dated: November 17, 2022