# UNITED STATES DISTRICT COURT

## for the

## District of Massachusetts

| | | |
|---|---|---|
| JOSE MARIA DECASTRO, an individual | ) | Case No. 1:22-cv-11421 |
| | ) | |
| Plaintiff, | ) | **SUPPLEMENT TO PLAINTIFF'S** |
| | ) | **MOTION FOR CONTEMPT AND** |
| v. | ) | **SHORTENING OF TIME** |
| | ) | |
| JOSHUA ABRAMS, an individual, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### SUPPLEMENT TO PLAINTIFF'S MOTION FOR CONTEMPT AND SHORTENING OF TIME

Since this motion was originally filed, additional contemptuous harassment has occurred.

### REQUEST FOR A CLOSED HEARING

Pursuant to L.R. 7.1(d), I hereby request an evidentiary hearing – at the Court's election – on the issues presented in this motion.

Dated: November 25, 2022                     Respectfully submitted,

/s/ Jose DeCastro
Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
chille@situationcreator.com
(310) 963-2445
*Pro Se*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Jose DeCastro