UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE MARIA DeCASTRO, a/k/a CHILLE DeCASTRO, a/k/a DELETE LAWZ,<br>    Plaintiff,<br><br>v.<br><br>JOSHUA ABRAMS, a/k/a ACCOUNTABILITY FOR ALL, KATE PETER, a/k/a MASSHOLE TROLL MAFIA,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:22-cv-11421-ADB<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' JOINT MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), the defendants jointly move that the Honorable Court extend the time to file responses to plaintiff's First Amended Complaint (ECF No. 62). As grounds for the motion, plaintiff has indicated that it will file a Second Amended Complaint in this action. *See* E-MAIL REQUESTING ASSENT TO AMEND COMPLAINT, attached herewith as "Exhibit A." Pursuant to L. R. 15.1(b), this requires plaintiff to serve a copy of the motion to amend (with the proposed amendment) on the new party fourteen days prior to filing the motion to amend with the Court. Accordingly, the defendants jointly request that the time to file responses to the First Amended Complaint be extended to 21 days after a Second Amended Complaint is properly filed or plaintiff gives notice that he no longer wishes to file a Second Amended Complaint.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| */s/ Benjamin J. Wish* | */s/ Joshua N. Garick* |
| Benjamin J. Wish (BBO #672743)<br>TODD & WELD, LLP<br>One Federal Street, 27th Floor<br>Boston, Massachusetts 02110<br>Phone: (617) 720-2626<br>bwish@toddweld.com | Joshua N. Garick (BBO #674603)<br>LAW OFFICES OF JOSHUA N. GARICK, P.C.<br>34 Salem Street, Suite 202<br>Reading, Massachusetts 01867<br>Phone: (617) 600-7520<br>Joshua@GarickLaw.com |
| *Counsel for Kate Peter* | *Counsel for Joshua Abrams* |

Dated:  November 30, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing:

                                       */s/ Joshua N. Garick*
                                       Joshua N. Garick (BBO #674603)

Dated:  November 30, 2022