# EXHIBIT A

| | |
|---|---|
| **From:** | Delete Lawz |
| **To:** | Joshua Garick; Brian Wilson |
| **Subject:** | Re: Opposition Query |
| **Date:** | Monday, November 21, 2022 8:30:01 PM |

Mr Wish & Garick,

Would you be opposed I add TouTube and YouTube personnel to the Copyright Lawsuit?

Regards,
Jose DeCastro

Sent from my iPhone