UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| JOSE MARIA DECASTRO, an individual ) | Case No. 1:22-cv-11421 |
| ) | |
| Plaintiff, ) | **Leave to file granted 12/13/2022** |
| ) | |
| v. ) | |
| ) | |
| JOSHUA ABRAMS, an individual, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S REPLY TO DEFENDANT PETER'S OPPOSITION TO MOTION FOR SANCTIONS

Plaintiff Jose DeCastro ("Plaintiff'' or "I"), offers the following reply to the opposition memorandum from Defendant Katherine Peter's ("Peter") (ECF No. 71) of Plaintiff's Motion for Sanctions (ECF No. 61). Since I outlined the legal authority in my original motion, such information is not repeated here, and I do not intend by its omission from discussion here, to concede to any point previously raised related to contempt for violation of a court order. However, Peter and her attorney of record have also participated in Rule 11 sanctionable activity in their opposition brief.

### a. Rule 11 sanctionable activity

Fed. R. Civ. P. 11(b)(1) says that when a party presents to the court a pleading, written motion, or other paper that "it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;"

Although directed by this Court, to respond to my Motion for Contempt with a request for

the shortening of time, "sooner rather than later", Peter and her counsel responded exactly 14 days after my Motion for Contempt was filed, delaying this Court.

Peter and her counsel also impeached themselves in the response, delaying justice for their offenses.

Peter and her counsel also attributed a quote to me, as a title in their pleading, not as evidence, but only in a way to harass or prejudice the court. It was not properly introduced (no one declared who or when the evidence was collected, who transcribed it, or the date of the video that it was taken from), not accuratey transcribed, nor entered under the penalty of perjury as part of a pleading. Peter allegedly quotes me in a YouTube video saying "I will break them financially. They will have to hire a lawyer. I will file a motion after motion after and I'll just keep going legally after them until I break them, until they can't afford to hire a lawyer anymore so they run out of money. That's what I'm gonna do, I'm gonna break them." Not only is the transcription not accurate, but the YouTube video is irrelevant to this case, and obviously. I did previously warn Peter by email of the costs of litigation and damages for defamation, to have her retract her defamatory video of me, as outlined with evidence in the preliminary injunction request in ECF No. 59. She has admitted in her YouTube videos to spending over $52,000 in legal fees to defend herself in this action, proving me right, and I've made no frivolous pleadings, written motions, or other papers in this court proceeding. Instead, she, with her counsel, has done it multiple times.

### b. Allegations of Plaintiff filing court documents to harass

Much of Peter's opposition to my motion for contempt revolve around arguments that I am filing court documents to harass her. Since my motion was for contempt related to this Court's orders against harassment outside of the courtroom, her arguments and irrelevant and

incorrectly transcribed quotes about my exercising my right to seek judicial relief are simply that, irrelevant, and should be stricken from her response. Additionally, this Court has ruled on most of my "serial motions" without a response from the Defendants.

### c. Peter's discord server

Peter admits to operating a Discord server with 2,800 users, admits to having only recently posted rules for the server, and proves that those rules aren't being enforced. Peter admits to the screenshots that I introduced as evidence as being made on her server, which violate the rules that she posted. Peter has proven that the rules are posted simply as a facade. Peter makes conclusory statements that she is not responsible for the actions of other users, but under the doctrine of agency, which she is ignorant of, she is wholly responsible. Peter has admitted to tracking me on the server "like a great white shark", including the actions of her and her 2,800 trolls always tracking my physical location. I submitted as evidence, screenshots from messages on her server, that obviously violate her recently posted rules, yet the behavior remains and is used to target whoever Ms. Peter is currently interested in targeting. As evidence of the misbehavior and her culpability, Peter has also recently, finally, "archived" the channel on her Discord server designed specifically to track me, named "#chille-watch". While I initially appreciated Peter finally taking action, it was done for more nefarious purposes. That specific Discord channel is no longer used to harass me and my associates, but the coordination of attacks is still being made, apparently on a different platform. Videos made by Peter and her trolls continue to often mention a wealth of common location and other data being collected and shared on me and my associates, obviously on a new platform with a better kept secret location.

### d. Allegations of Plaintiff doxing trolls

Peter says that she did not harass or "dox" [my associate] (i.e., publicly identify him by name, address, and/or other personal information). Under her own definition, I have not doxed Todd Lyons. I did not provide the address of any trolls. Even if I did, I don't run a troll farm that will then harass and vandalize that person's property. I don't run a troll farm that will result in them, and their family and employer being harassed endlessly by telephone, email, online, and in person. I am interested only in removing a troll's veil of anonymity. For example, to let their mother know of the illegal behavior that they are doing. This is not harassment and is actually the natural consequences that we learn in elementary school that results from bad behavior, as mentioned in this Court's order at ECF No. 51. Additionally, Peter continues to allege that I'm partaking in threats of public exposure in exchange for affidavits, which we know isn't true, as she can offer no evidence but as far as serial repetition of allegations to waste this court's time, this qualifies.

Poking holes in the anonymity of online criminals is not the same as harassing members of my legal team, who are doing nothing wrong. My legal team aren't afraid that their mothers or employers find out what they're doing. They're afraid of the telephone calls, emails, vandalism, and other constant harassment to them, their families, and their employers that follows being doxed by a troll farm.

### e. Harassment of my associates

Peter says "Ms. Peter did publish a live stream video on November 12th, and in the thumbnail for the video used an image of a man whose identity she did not know at the time. Indeed, at the time Ms. Peter published the video, she understood only that this man had been entering group conference calls within her Discord server to take clandestine recordings. She did not know that this person was in any way affiliated with Mr. DeCastro." Peter knows that she did

not own the copyright to the image that she used. She admits to having done it to "give him a little nod as a joke…", a prank, as you will. Which may not rise to the legal definition of a series of such offenses, but certainly was in violation of this Court's orders against harassment, especially given the language used at the hearing on October 24, 2022 (ECF No. 68) and all its orders against harassment and inappropriate behavior (ECF Nos. 33, 43, and 51).

     Peter also has also perjured herself in making the above statement. When Adams collected information from Peter's Discord server, he used his real name, and posted in each channel on the Discord server that he had just scraped the data, for use in this pending legal action on my behalf. He also stayed to answer questions. In no way would that be considered clandestine, and Adams made it clear that he was working for me. The trolls keep emailing Adams saying that I doxed him when I put his email address in one of my filings. It wasn't a secret that he was on my team, as mentioned previously. Adams had also signed his name to several court documents for me in other legal filings, that are public record. It's just that my putting Adams's personal email address in one of my filings that the trolls took notice and started harassing him. Peter is outright lying when she says that she didn't know who Adams was or that he was working for me until my motion for contempt. Peter and her troll farm have had numerous discussions on every member of my team prior to her direct harassment and the harassment of her troll farm of them.

     Since then, Adams has had threats not to participate in this action, along with threats toward his young daughter. Adams has also clearly been doxed and has been told that he has been "doxed hard" by members of the troll farm. Doxed hard to over 2,800 trolls. Adams will no longer be participating because of these threats. Since this action has turned into a copyright one, and Adams being a well-known expert for copyright claims, having his copyright research used in many court cases and being written up in at least one law journal on copyright law, it is

impossible for me to continue. Additionally, the evidence that he collected is no longer of value without his testimony.

### f. Further contempt by Peter

On December 14, 2022, Peter created a poll on her Discord server. The question in the poll was "Should I do something dumb and self sabotaging on YouTube out of boredom and woe and release a Chille video?" See **Exhibit 1**, which I collected from Peter's Discord server on December 21, 2022 and is a true and correct copy. Even though 176 trolls voted "No", and only 59 trolls voted "Yes", Peter did it anyway, in contempt of this court.

On December 19, 2022, Peter released a YouTube video titled "Chille Decastro Films His Own Arrest For Criminal Threats, Cyraxx and Chille Plot on Facebook Live". See **Exhibit 2**, which I collected on December 20, 2022 and the transcription is a true and correct copy. Transcription of Peter in the video, below:

> **2:48 – 4:43**: I'm about to make a retarded decision, uh per usual. I, I got this video. Nobody else has it but me, and the person who sent it to me.
> And I found it fascinating. And we watched it together in discord. And I was like, should I show this, and I thought about it, but you, here's the thing.
> No matter what, I'm gonna get hit with bullshit litigation, because it is a clear abuse of process in my opinion at this point.
> So, I will have an announcement about the legal stuff at the end of the program, uh, but right now, I wanted to show you guys. This is actually fascinating shit.
> So, this is a charge from 2015 actually, that that Chille took it upon himself to film. Uh, he sent it to the organization photography is not a crime, PINAC, and um, they had less than complimentary things to say about him, the members that I spoke too over, uh that were associated with PINAC at the time. So they really weren't too impressed with this guy. This is the earliest sort of contact that I've been able to find of Chille DeCastro making any sort of uh even adjacent contact with the um auditing community, back in 2015. So um, this is your constitutional law scholar, everybody. Uh, this is not a copyrighted video, which [inaudible]. There is no protections as far as that goes. I'm always going to be adding some commentary, and um, I'm not going to really narrate too much what happens in this video, because Chille is going to tell you in his own words, um, I'll just you know, point out what I think is interesting.
> **33:21 – 33:26:** Hillsborough CopWatch says, "WE DONT [STOP]". We don't. We don't. Even during litigation.
> **41:08:** This is just beginning.

In the video, Peter also described me as a "fucking retard" that is smearing shit on the wall, in reference to this law suit, which she has entered into because she admits that she doesn't like being told what to do, including by a court, but especially by men, due to her previous abuse.

The video makes her contempt for this Court's orders abundantly clear. Additionally, she says that the video had no copyright. Showing her complete disregard for copyrights of others. Since the video hadn't previously been published, it was a clear violation of my copyright and blatantly violating my copyright was further harassment and contempt of this court.

### g. Peter as a serial harasser and victim blamer in contempt

Peter appeared in a YouTube video by a journalist for "Turtleboy Sports" on December 16, 2022 where she was leaving her arraignment for continuing to troll one of her trolling victims, in violation of a restraining order, saying "Get your little victim away from me!" See Exhibit 3, which I collected on December 23,2022 and is a fair and accurate transcription. Under Mass. Gen. Laws ch. 233, § 21, this Court should soon be able to consider Peter's recent conviction against her credibility, like it should already be considering Defendant Joshua Abrams's multiple felony convictions against his credibility. This evidence should also be submitted toward her pattern of harassment, especially in contempt of a court.

### CONCLUSION

For the foregoing reasons, Plaintiff requests that this Court:

1. Enter an Order for a just cause hearing on why Defendant Peter should not be found in contempt of court;

2. Enter an order for this action to be reset and heard in private;

3. Enter an order for the jury that Plaintiff's witness was tampered with and intimidated;

4. Any other just relief that this Court find appropriate;

5. Enter an Order against Peter and her attorney of record for Rule 11 Sanctions

## DECLARATION

I declare under penalty of perjury, that the foregoing is true and correct.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The court has waived this local rule for the remainder of this action.

Dated: December 23, 2022                    Respectfully submitted,

/s/ Jose DeCastro
Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
chille@situationcreator.com
(310) 963-2445
*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Jose DeCastro

# EXHIBIT 1



# EXHIBIT 2



# EXHIBIT 3

