## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE MARIA DeCASTRO, <br> a/k/a CHILLE DeCASTRO, <br> a/k/a DELETE LAWZ, <br><br>        *Plaintiff and* <br>        *Defendant-in-Counterclaim* <br><br>    v. <br><br> JOSHUA ABRAMS a/k/a <br> ACCOUNTABILITY FOR ALL and <br> KATE PETER a/k/a <br> MASSHOLE TROLL MAFIA, <br><br>        *Defendants and* <br>        *Plaintiffs-in-Counterclaim*, and <br><br> GOOGLE LLC, <br><br>        *Defendant*. | Case No. 1:22-cv-11421-ADB |

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel in this case for Defendant Google LLC.

     I certify that I am admitted to practice before this Court.

Dated: January 24, 2023

                         Respectfully submitted,

                         WILSON SONSINI GOODRICH & ROSATI
                         Professional Corporation

                         *s/ Matthew D. Gorman*
                         Matthew D. Gorman (BBO #569406)
                         One Boston Place
                         201 Washington Street, Suite 200
                         Boston, Massachusetts 02109
                         Telephone: (617) 598-7800
                         Facsimile: (866) 974-7329
                         Email: mgorman@wsgr.com

                         *Counsel for Defendant Google LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document was filed through the District of Massachusetts CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

Dated: January 24, 2023                    Respectfully submitted,

                                           WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

                                           *<u>s/ Matthew D. Gorman</u>*
                                           Matthew D. Gorman (BBO #569406)
                                           One Boston Place
                                           201 Washington Street, Suite 200
                                           Boston, Massachusetts 02109
                                           Telephone: (617) 598-7800
                                           Facsimile: (866) 974-7329
                                           Email: mgorman@wsgr.com

                                           *Counsel for Defendant Google LLC*