# EXHIBIT 1

Re: Info Request



| | |
|---|---|
| From | Delete Lawz <deletelawz@gmail.com> |
| To | <deletelawz@gmail.com> |
| Cc | <info@massholereport.com> |
| Date | 2022-11-19 23:27 |

Mrs Peter 

This is an information request. Additionally, This is an attempt to enter mediation and end this war.

Kate, Let me be clear; My cousin, who is also a legal scholar, reached out to you in an attempt to amicably resolve the stalking, and firing (that you caused by stalking me and my friend through your Discord account) caused serious financial and emotional damages to Mr Zane Kane.

The information request is that you reveal who the stalkers were/are, so that we can pursue them (and not you). Kate, Every bad person you host will be pursued and dealt with through the court.

Mrs Peter, Should you choose to ignore, deflect or rationalize away this simple information request, it is 100% that you will face a lawsuit this week.

TBH, after I learned of the horrible things that you have been doing to people for years and years; your constantly unfair and often unscrupulous dealings with the people, I have decided that your misdeeds are worthy of my attention.

Therefore, You can and you will reveal to me, and my team, who stalked Zane at his job in New Hampshire. Or, I will organize (well, I already have organized) and fund the Arizona Lawsuit against you.

You have led a poor life and you have hurt many people, whom I have spoken with.

Regarding your lifeTime pattern of unscrupulous behavior, it must end and you must change. We know that change is a slow and difficult process. Therefore, because you exemplify an obtuse and reprehensible life, you must be dealt with through the court system.

Therefore, I give you my solemn promise, I will see this through to the very end. You cannot fathom my resolve

We are requesting the names of the people who went to Zane's employers home in New Hampshire. You have until Monday morning to reveal them or there will be another lawsuit filed against you.

Reveal your trolls or face legal action. This is not a drill and the clock is ticking.

Regards,
Jose M DeCastro

Ps. This is the first shoe. Another shoe wil drop mid-week. I'd wish you luck but you wouldn't know what to do with it. You wanted my attention. You got it.

Subject: Fwd: UPCOMING LITIGATION IN ARIZONA
To: <deletelawz@gmail.com>


fyi

--------- Forwarded message ---------
From: <info@massholereport.com>
Date: Sat, Nov 19, 2022 at 3:53 PM
Subject: Re: UPCOMING LITIGATION IN ARIZONA
To: Matt DeCastro <decastromatt661@gmail.com>


Nobody did anything to Zane Kane, I understand that they fabricated evidence of a made-up incident, this has already been ruled on in New Hampshire as well as Massachusetts, and Arizona has no jurisdiction over me.

Don't contact me again.


On 2022-11-19 16:17, Matt DeCastro wrote:

Dear Ms. Peter,

Mr. Zane Kane asked me to email you before he filed suit against you next week.

He feels uncomfortable contacting you directly.

He plans on naming you in his harassment action with significant monetary damages.

The majority of the damages were done by the "Kate's Tea Party" signs and other vandalism that occured at his shared residences.

He plans on naming you directly and any John Does to be substituted if it comes to light that there were other people responsible. If you were not directly involved and can name the people that are responsible or provide information on them, Mr. Kane can name those people and leave the John Does for anyone else that the discovery leads to.

Please let me know how you wish to proceed by Monday.

## Fwd: UPCOMING LITIGATION IN ARIZONA



From   Delete Lawz <deletelawz@gmail.com>
To     <info@massholereport.com>
Date   2022-11-20 15:46

Kate,

Just to clarify,

    "Nobody did anything to Zane Kane, I understand that they fabricated evidence of a made-up incident, this has already been ruled on in New Hampshire as well as Massachusetts, and Arizona has no jurisdiction over me."

Let me help you out with your reply to my cousin and pray you will enter mediation.
1. Yes, you did to alot to Zane. You doxxed his residence in MA, NH and AZ.
2. Nothing has been "Ruled on" because the issue has not been properly litigated. You will not get a Massachusetts R.O. hearing to stop our lawsuit out of AZ. You (I mean your AZ Lawyer) Can submit the Mass R.O. hearing to the AZ courts. However, the court will not dismiss the lawsuit based on RO hearing out of Mass.
3. AZ does have jurisdiction. Because you Doxxed Zane's AZ car and Father's home address, we have Jurisdiction. And, we file in the morning.
4. You will have to hire an AZ law firm. So-- start looking now.

I'd like to avoid paying the $402 tomorrow to sue you out of AZ and Cali; $804 for both. However, should you choose to ignore this prayer for mediation, I'll file vs you in both states on Monday and Tuesday. This is not a game to me; you have affected the rest of my life in a negative way. I will not tolerate it and I'll throw my entire being into getting justice for the unscrupulous person you are.

You can change and I know you will. However, I'm not waiting for that to happen. You will stipulate or we will continue in court in three states.  And I give you my promise to that.

Additionally, Kate: I hear you are at 60K in legal bills; from your Criminal Case and my Federal Tort Lawsuit. Imagine how much that grows when you have two new lawsuits. You messed with a legal scholar who has tons of legal help. I'd rather stop this and move fwd with my life and you can move fwd with yours.

Zane will file vs you in AZ and I'll file another one vs you in California THIS WEEK -- You don't get away with lying and defaming me. Nope. No. You do not.

Maybe you are enjoying raising money from other people and that gives you the limelight, I don't understand to be honest. I'm trying to end this through strength and mediation. I'm willing to stop now and begin mediation.  I'd like to move on with my mission and you can move on to being a better mother to the kids you have left in your home.

I can promise you this: My cousin will help Zane all the way through. I'll move on with what I'm doing next and Matty will help Zane until you have to pay up for doxxing him, stalking him, and ultimately; costing him his job. You have until tomorrow morning to agree to enter into mediation. I'll work with you on Zane's behalf and my own personal interests to stop all lawsuits and move into a peaceful and meaningful mediation.

My stipulations are clear: Remove all the videos and my likeness from your page. IDGAF if you apologize or not so we can skip that. Lastly, enter into private mediation that is not publicized by either of us to compensate me and to compensate Zaner for you (and your troll farm) costing him his job.

I give you my word I will not publish or talk about this communication publicly; to enter into mediation and settle this out, UNLESS you do. I promise you on my life. I just want to end this and move on with my life and you can do the same.

Regards,
Jose M DeCastro


--------- Forwarded message ---------
From: Matt DeCastro <decastromatt661@gmail.com>
Date: Sat, Nov 19, 2022 at 6:47 PM