UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE MARIA DeCASTRO, a/k/a CHILLE DeCASTRO, a/k/a DELETE LAWZ,<br><br>*Plaintiff and Defendant-in-Counterclaim,*<br>v.<br><br>JOSHUA ABRAMS a/k/a ACCOUNTABILITY FOR ALL,<br><br>*Defendant,*<br><br>KATE PETER a/k/a MASSHOLE TROLL MAFIA,<br><br>*Defendant and Plaintiff-in-Counterclaim.* | CASE NO. 1:22-cv-11421-ADB |

## DEFENDANT KATE PETER'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

Defendant and Plaintiff-in-Counterclaim Kate Peter ("Ms. Peter") hereby opposes the Motion to Strike Defendant Kate Peter's Late Opposition to Plaintiff's Second Motion For Contempt ("Motion") of Plaintiff and Defendant-in-Counterclaim Jose Maria DeCastro, a/k/a Chille DeCastro, a/k/a Delete Lawz ("Mr. DeCastro"). Ms. Peter denies the allegations made in Mr. DeCastro's Motion to Strike her Opposition to Plaintiff's Second Motion for Contempt (ECF No. 110).

The office of undersigned counsel calendared the Opposition to Plaintiff's Second Motion for contempt based upon the notation in the docket entry, ECF No. 103, that the filing was modified on January 19, 2023. As a result, the due date for the Opposition was calendared as February 2, 2023, fourteen days after January 19, 2023.

1

There is no prejudice to Plaintiff from his receipt of the Opposition two days after he originally filed the Second Motion for Contempt. There is no material impact on Plaintiff whatsoever, particularly where the parties await a decision on other pending motions, including Ms. Peter's Motion to Dismiss.

Wherefore, Ms. Peter respectfully requests that this Court deny Mr. DeCastro's Motion to Strike Defendant Katherine Peter's Late Opposition to Plaintiff's Second Motion for Contempt and, to the extent necessary, permit an extension of two days to allow for the filing of the Opposition on February 1, 2023.

Respectfully submitted,

KATE PETER,

By her attorney,

 /s/ Benjamin J. Wish
Benjamin J. Wish (BBO # 672743)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel:  617-720-2626
Fax:  617-227-5777
bwish@toddweld.com

Date:  February 2, 2023

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

 /s/ Benjamin J. Wish
Benjamin J. Wish

Dated: February 2, 2023