UNITED STATES DISTRICT COURT

for the

District of Massachusetts

**Motion Denied**

So ordered.

_____
2/7/23

| | |
|---|---|
| JOSE MARIA DECASTRO, an individual ) | Case No. 1:22-cv-11421 |
| ) | |
| Plaintiff, ) | **MOTION FOR RECONSIDERATION** |
| ) | **OF PLAINTIFF'S MOTION TO** |
| v. ) | **STRIKE** |
| ) | |
| JOSHUA ABRAMS, an individual, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION TO STRIKE

Plaintiff Jose DeCastro ("Plaintiff" or "I"), hereby moves this Honorable Court to reconsider its denial of my emergency *Motion To Strike Defednant Katherine Peter's Late Opposition to Plaintiff's Second Motion for Contempt* ("Motion") at ECF No. 110. In support of this motion, Plaintiff submits a memorandum of law, which is fully incorporated herein.

### Background

On January 16, 2023, Plaintiff filed *Plaintiff's Second Motion For Contempt* at ECF No. 103, asking for the court to bring judicial notice to this court of additional contempt by Peter. The motion was immediately served by the ECF system to Peter.

Pursuant to Local Rule 7.1(b)(2), Peter's Opposition was due by January 30, 2023 (within 14 days after the motion is served). However, Peter filed her *Opposition to Plaintiff's Second Motion For Contempt* ("Opposition") at ECF No. 109 on February 1, 2023, multiple days late.

On February 2, 2033, Plaintiff filed an emergency *Motion To Strike Defednant Katherine Peter's Late Opposition to Plaintiff's Second Motion for Contempt* at ECF No. 111, moving this