# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts

| | |
|---|---|
| JOSE MARIA DECASTRO, an individual ) | Case No. 1:22-cv-11421 |
| ) | |
| Plaintiff, ) | **SECOND SUPPLEMENTAL** |
| ) | **COMPLAINT** |
| v. ) | |
| ) | **(Leave to file granted on 1/12/2023)** |
| JOSHUA ABRAMS, an individual, ) | |
| KATE PETER, an individual, ) | |
| JOHN DOES 1-50, ) | |
| YOUTUBE (GOOGLE LLC), a corporation, ) | |
| JOHN DOES 1-20, individuals, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **SUPPLEMENTAL COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(d), plaintiff Jose DeCastro ("Plaintiff") hereby files this second supplemental complaint to its First Amended Complaint (ECF No. 62) ("FAC"), and Supplemental Complaint (ECF No. 79), in connection with its federal claim of copyright infringement. This supplement adds new claims, for events that have occurred since the filing of the FAC. Further, Plaintiff supplements facts and copyrighted works ("Works") and alleges as follows:

### **INTRODUCTION**

1. Since the filing of the FAC and Supplemental Complaint, all Defendants including unknown ones, have committed additional copyright and DMCA violations against Plaintiff.

## FACTUAL BACKGROUND

2. URLs of Plaintiff's new copyrighted content since the first supplemental complaint are in **Exhibit 1**.

## SUPPLEMENTAL TO COUNT 1

## (COPYRIGHT INFRINGEMENT)

3. Infringements of my copyrighted works have been published, including, but not limited to, at the following URLs. Against All Defendants.

https://www.youtube.com/watch?v=-hKc-cHQPYY
https://www.youtube.com/watch?v=y5LCwhwjwJ0&t
https://www.youtube.com/watch?v=ajPcju3GtF8
https://www.youtube.com/watch?v=iQD3VemilPY
https://www.youtube.com/watch?v=JvpZ7G2cGj4
https://www.youtube.com/watch?v=TNgRK42aAfE
https://www.youtube.com/watch?v=m_IOV5TShHM
https://www.youtube.com/watch?v=6gCqfKmixOs
https://www.youtube.com/watch?v=KpEZhUQf_Cw
https://www.youtube.com/watch?v=09odoxysZes
https://www.youtube.com/watch?v=_HMwbWHicIo
https://www.youtube.com/watch?v=mMoQfRrwwss
https://www.youtube.com/watch?v=FtvOs64did4
https://www.youtube.com/watch?v=aGTy6dffVEg
https://www.youtube.com/watch?v=jgBhLZXwpbo
https://www.youtube.com/watch?v=4X1lqBWVYPc
https://www.youtube.com/watch?v=S543WJt7fLY
https://www.youtube.com/watch?v=WRXLHRtkya8
https://www.youtube.com/watch?v=0wRv05Vxoeg
https://www.youtube.com/watch?v=C_ocJfvX3lQ
https://www.youtube.com/watch?v=PYSVEQ1JW4c
https://www.youtube.com/watch?v=9f8UaSIQXIg
https://www.youtube.com/watch?v=KGdlNlZooZY
https://www.youtube.com/watch?v=S-NdYKLdYj8
https://www.youtube.com/watch?v=Qyg9PsI6vY0
https://www.youtube.com/watch?v=GFYz1VloS9U
https://www.youtube.com/watch?v=2-7eQ90QwR8
https://www.youtube.com/watch?v=8IfwmYfyiCo
https://www.youtube.com/watch?v=sGnHT3xyt08
https://www.youtube.com/watch?v=aCV2aVDgYXQ

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: April 24, 2023                                     Respectfully submitted,

                                                            /s/ Jose DeCastro
                                                            Jose DeCastro
                                                            1258 Franklin St.
                                                            Santa Monica, CA 90404
                                                            chille@situationcreator.com
                                                            (310) 963-2445
                                                            *Pro Se*