# EXHIBIT 1

```
https://www.youtube.com/watch?v=-ksvjSgYB4Y
https://www.youtube.com/watch?v=-l09cF-CFpk
https://www.youtube.com/watch?v=-sPNWvhBnRY
https://www.youtube.com/watch?v=0186p26GZlk
https://www.youtube.com/watch?v=0h7hTUBP72c
https://www.youtube.com/watch?v=0JtD_k1vDDk
https://www.youtube.com/watch?v=0KRHc7cu360
https://www.youtube.com/watch?v=0LiZ14TDxzA
https://www.youtube.com/watch?v=0wpBNWwvRNY
https://www.youtube.com/watch?v=1ITAEW4UwKQ
https://www.youtube.com/watch?v=1pGRJ-6DM-I
https://www.youtube.com/watch?v=1pssG8In1-0
https://www.youtube.com/watch?v=1s0R3bKdgyA
https://www.youtube.com/watch?v=299NjdgjVSA
https://www.youtube.com/watch?v=4PYBPwBveIo
https://www.youtube.com/watch?v=4WC_ItaG7Po
https://www.youtube.com/watch?v=5P-i2EHGT_c
https://www.youtube.com/watch?v=5uyU6dRcs7A
https://www.youtube.com/watch?v=5WpG8y9Y02I
https://www.youtube.com/watch?v=60x22thaNUk
https://www.youtube.com/watch?v=687DM0SwmhY
https://www.youtube.com/watch?v=6pNovGvECxs
https://www.youtube.com/watch?v=6XtOsPtZp_o
https://www.youtube.com/watch?v=7e45GpAsTaw
https://www.youtube.com/watch?v=8J5Z_vyX3BI
https://www.youtube.com/watch?v=8Nla-ru_Jjs
https://www.youtube.com/watch?v=9awPzJ4nohI
https://www.youtube.com/watch?v=9L6AkmMZnzc
https://www.youtube.com/watch?v=9OfI8QCoj5k
https://www.youtube.com/watch?v=9SgKPL-C7bc
https://www.youtube.com/watch?v=a96x2IKWB2I
https://www.youtube.com/watch?v=AeC1qYkmPI8
https://www.youtube.com/watch?v=aK5VHAe23Jc
https://www.youtube.com/watch?v=auOFZSLJzLw
https://www.youtube.com/watch?v=B6DBs75rqbs
https://www.youtube.com/watch?v=bBxuOSPW8gQ
https://www.youtube.com/watch?v=bEDX7E-0aqY
https://www.youtube.com/watch?v=BFvEfnk5IFM
https://www.youtube.com/watch?v=btngHJuOHaY
https://www.youtube.com/watch?v=BvzD8oN7cA4
https://www.youtube.com/watch?v=bWF1i6naej0
https://www.youtube.com/watch?v=BXuMnDENpck
https://www.youtube.com/watch?v=bYqbvEfchco
https://www.youtube.com/watch?v=bzLqTy-mo78
https://www.youtube.com/watch?v=cBaHNANKhKc
https://www.youtube.com/watch?v=CBrP4D74hnk
https://www.youtube.com/watch?v=CFl9esXEwRY
https://www.youtube.com/watch?v=cHiUfWAg37Y
https://www.youtube.com/watch?v=CI5oy0JCFfc
https://www.youtube.com/watch?v=ckclS8i8VA0
https://www.youtube.com/watch?v=cp9T0ZTTySE
https://www.youtube.com/watch?v=cxtgr0w677Y
https://www.youtube.com/watch?v=d-iAc8W5G3Q
https://www.youtube.com/watch?v=d83l2BODXuE
https://www.youtube.com/watch?v=dg1QVg3WkUw
https://www.youtube.com/watch?v=dGfYfedEgtI
https://www.youtube.com/watch?v=Dhbv3aQyLW4
https://www.youtube.com/watch?v=dnbhqy13E_I
https://www.youtube.com/watch?v=DNEqksjbGE4
https://www.youtube.com/watch?v=dsmIE8rGC7g
https://www.youtube.com/watch?v=DvK1yPJLS8A
https://www.youtube.com/watch?v=dvXCv6Y2wkU
https://www.youtube.com/watch?v=E2L5g5dbRrQ
```

```
https://www.youtube.com/watch?v=e4t6tpQSN1M
https://www.youtube.com/watch?v=eFXZnd4hrwI
https://www.youtube.com/watch?v=EGa2YEaZieU
https://www.youtube.com/watch?v=EPCQ4WRFt5k
https://www.youtube.com/watch?v=eXSWbSFGcWM
https://www.youtube.com/watch?v=f0e5RJj3lLk
https://www.youtube.com/watch?v=f7Rp3YoEM9g
https://www.youtube.com/watch?v=FikMZQCwpt8
https://www.youtube.com/watch?v=FS8g503TQMg
https://www.youtube.com/watch?v=FvumHRm2zX4
https://www.youtube.com/watch?v=fWHEYFRhcyI
https://www.youtube.com/watch?v=fxrlahehhu0
https://www.youtube.com/watch?v=FzK00ckasXc
https://www.youtube.com/watch?v=g-UdeCaaBMo
https://www.youtube.com/watch?v=G4VtOzNvJFk
https://www.youtube.com/watch?v=gAC3FizSZsw
https://www.youtube.com/watch?v=gU2yqEYoDZQ
https://www.youtube.com/watch?v=gUqsIQDuYYM
https://www.youtube.com/watch?v=gXwUkqelN_c
https://www.youtube.com/watch?v=g_0M15qvReU
https://www.youtube.com/watch?v=h1_7wRgQ1kg
https://www.youtube.com/watch?v=HlcaErdv46g
https://www.youtube.com/watch?v=HuzxeZSqUWA
https://www.youtube.com/watch?v=i8y8ZsrrzaA
https://www.youtube.com/watch?v=ifgk1DIB6mw
https://www.youtube.com/watch?v=iiWPtLUdWCU
https://www.youtube.com/watch?v=ImZoUXnlvEI
https://www.youtube.com/watch?v=inkgo6KMI4Y
https://www.youtube.com/watch?v=iT2XwUrZnnc
https://www.youtube.com/watch?v=iTrAPp5eYEQ
https://www.youtube.com/watch?v=IyEJYezFMAk
https://www.youtube.com/watch?v=jBGnZzHkZfY
https://www.youtube.com/watch?v=JF3y3QEdzLA
https://www.youtube.com/watch?v=Ji9xRI6pAe8
https://www.youtube.com/watch?v=Jj50ct8CZfk
https://www.youtube.com/watch?v=JKZTccZVBwY
https://www.youtube.com/watch?v=Jp17K1-clbY
https://www.youtube.com/watch?v=JQw0KgEErGU
https://www.youtube.com/watch?v=jQ_x9jaPN2A
https://www.youtube.com/watch?v=K0zJbTtzZmw
https://www.youtube.com/watch?v=KBj4VwAu4wE
https://www.youtube.com/watch?v=kGjZE5_gPoU
https://www.youtube.com/watch?v=KKtaQHDis_c
https://www.youtube.com/watch?v=kQ0HBQN5rk0
https://www.youtube.com/watch?v=KQzyVvr2peY
https://www.youtube.com/watch?v=L7fA9K_v_us
https://www.youtube.com/watch?v=ljzLLymQnnc
https://www.youtube.com/watch?v=LZLVA9jSqDI
https://www.youtube.com/watch?v=mfaVGIh1glw
https://www.youtube.com/watch?v=MIQey090ZA4
https://www.youtube.com/watch?v=muAWOanjMxI
https://www.youtube.com/watch?v=MXmhodkdvuw
https://www.youtube.com/watch?v=N6-gh5K8XpU
https://www.youtube.com/watch?v=nGLMzzivGM0
https://www.youtube.com/watch?v=NIud2n1Zsv4
https://www.youtube.com/watch?v=NlFjym5PU-I
https://www.youtube.com/watch?v=NNwHSOkJgso
https://www.youtube.com/watch?v=nS88c2un1eU
https://www.youtube.com/watch?v=NVEXI3MdbRM
https://www.youtube.com/watch?v=O781ku-STn4
https://www.youtube.com/watch?v=o8sXpqVC71I
https://www.youtube.com/watch?v=o9ie_DVnz6I
https://www.youtube.com/watch?v=oeCZ8Hp1ffA
```

```
https://www.youtube.com/watch?v=OK1VXlGNVVs
https://www.youtube.com/watch?v=oKCPU5hsi4Y
https://www.youtube.com/watch?v=om3aFRuiV2A
https://www.youtube.com/watch?v=Oy8zMmIDVR4
https://www.youtube.com/watch?v=oZIqCXLHc-k
https://www.youtube.com/watch?v=Ozxi1KYerIg
https://www.youtube.com/watch?v=O_HuI5RyetE
https://www.youtube.com/watch?v=Pgn2nq9uWJU
https://www.youtube.com/watch?v=pGRacwJQp5U
https://www.youtube.com/watch?v=pjFS0G0QAh4
https://www.youtube.com/watch?v=pL0k4tSpTN4
https://www.youtube.com/watch?v=Ppkx_twJSYA
https://www.youtube.com/watch?v=pTgNEx3exYQ
https://www.youtube.com/watch?v=qBXiILxpIW8
https://www.youtube.com/watch?v=qfl7rhB3KCw
https://www.youtube.com/watch?v=qFlWqkR5E1A
https://www.youtube.com/watch?v=qHhG1nu1r5M
https://www.youtube.com/watch?v=QiCtnv76FZo
https://www.youtube.com/watch?v=QMLIB88XZQs
https://www.youtube.com/watch?v=qw64r-nPIZM
https://www.youtube.com/watch?v=R9PkfGPQpDg
https://www.youtube.com/watch?v=RjZPRoqc2BM
https://www.youtube.com/watch?v=rPbInaETDEg
https://www.youtube.com/watch?v=RsXYcKWMt-0
https://www.youtube.com/watch?v=rTLCWVnL7pc
https://www.youtube.com/watch?v=S14VRVtRML8
https://www.youtube.com/watch?v=sdZvebgqN3A
https://www.youtube.com/watch?v=SjEhytIeswI
https://www.youtube.com/watch?v=sLFLtnH3SKM
https://www.youtube.com/watch?v=sOxL9W7qMW8
https://www.youtube.com/watch?v=srCSgF2Q5b4
https://www.youtube.com/watch?v=sVQgfV_-IVU
https://www.youtube.com/watch?v=sZER6pby_fc
https://www.youtube.com/watch?v=SzyBi_4Rk-Y
https://www.youtube.com/watch?v=T1ZN3b9LAd8
https://www.youtube.com/watch?v=t6rEtbph_zQ
https://www.youtube.com/watch?v=tCpzEbphaj0
https://www.youtube.com/watch?v=TL9Z-fEp7pM
https://www.youtube.com/watch?v=ToDb6RFsCsU
https://www.youtube.com/watch?v=TPeRxEP4slg
https://www.youtube.com/watch?v=TpxUVXcpU3U
https://www.youtube.com/watch?v=tVwAqE2SBW8
https://www.youtube.com/watch?v=tWoPoikj02A
https://www.youtube.com/watch?v=t_rIk8Ed8uo
https://www.youtube.com/watch?v=U7lAjA6Nxew
https://www.youtube.com/watch?v=UEreilVg_K8
https://www.youtube.com/watch?v=unTutBbgxQ8
https://www.youtube.com/watch?v=uVLTVzbpCoc
https://www.youtube.com/watch?v=uyPKph4iITE
https://www.youtube.com/watch?v=v4GD4UJs6Yk
https://www.youtube.com/watch?v=v8FluiC2LOk
https://www.youtube.com/watch?v=v8SB5Y0_S78
https://www.youtube.com/watch?v=VmTzPV1migc
https://www.youtube.com/watch?v=vR8oFQkv59A
https://www.youtube.com/watch?v=VRt1RdPZ47E
https://www.youtube.com/watch?v=Vy4cRMILqYM
https://www.youtube.com/watch?v=vZAhd5jUKwU
https://www.youtube.com/watch?v=W-0Wtwblolo
https://www.youtube.com/watch?v=w3Rl917yYfU
https://www.youtube.com/watch?v=WAlqRo5rsXc
https://www.youtube.com/watch?v=WGASA3cqK_E
https://www.youtube.com/watch?v=wkCMyXx42aI
https://www.youtube.com/watch?v=WKKYB16lGBU
```

```
https://www.youtube.com/watch?v=wVj09Flfsfc
https://www.youtube.com/watch?v=x6XfFoP4cFo
https://www.youtube.com/watch?v=xa67H_rBCoM
https://www.youtube.com/watch?v=xdfRJMNHPhg
https://www.youtube.com/watch?v=xNzLWiNS-Hc
https://www.youtube.com/watch?v=Y4qqedvOqMo
https://www.youtube.com/watch?v=yn-aGeKYMhk
https://www.youtube.com/watch?v=yUwyTi2_OV0
https://www.youtube.com/watch?v=yzDn0yjdnGQ
https://www.youtube.com/watch?v=YzVHIbFzvVk
https://www.youtube.com/watch?v=Zp4q6zvcfuM
https://www.youtube.com/watch?v=zRy37carDHc
https://www.youtube.com/watch?v=ztR4O42Sk_c
https://www.youtube.com/watch?v=zw4DVE31F3Q
https://www.youtube.com/watch?v=_G2FWvNapxM
https://www.youtube.com/watch?v=_GD7y6BCWgw
https://www.youtube.com/watch?v=_Hx24UNDmWo
https://www.youtube.com/watch?v=_TUJy6aRmwo
https://youtube.com/shorts/-e4iCsomHYI
https://youtube.com/shorts/-Pz_2Q9d1I8
https://youtube.com/shorts/0JVf3U8l1yw
https://youtube.com/shorts/1AyKfWbPJSk
https://youtube.com/shorts/1q52bT5WrZc
https://youtube.com/shorts/1T0DIS8urLM
https://youtube.com/shorts/1t4NVkHZxVo
https://youtube.com/shorts/45l5MaFH1Ts
https://youtube.com/shorts/4oMLTRRGYG0
https://youtube.com/shorts/4sQ3p1dABKY
https://youtube.com/shorts/5Dsjr9Jd3Vw
https://youtube.com/shorts/5mC2yUsv9Xw
https://youtube.com/shorts/5pqR0UzlHd0
https://youtube.com/shorts/7CgPF5gJoF0
https://youtube.com/shorts/7GkpShaeN08
https://youtube.com/shorts/7UNMfswFlWw
https://youtube.com/shorts/8fuxxw3PWbk
https://youtube.com/shorts/9CHX3UPDR-c
https://youtube.com/shorts/9T5V7bMlyBU
https://youtube.com/shorts/a6ozpJM14bw
https://youtube.com/shorts/A6_-FrXwGUY
https://youtube.com/shorts/B9BCSGuI8JU
https://youtube.com/shorts/bhg0yPROUbg
https://youtube.com/shorts/cnd8DZOrD74
https://youtube.com/shorts/CtvP-TyAV10
https://youtube.com/shorts/DNl0bntaUDE
https://youtube.com/shorts/euCXc0hlgYk
https://youtube.com/shorts/EUUK250w-fM
https://youtube.com/shorts/fnAGwA6ZN7I
https://youtube.com/shorts/G2XVSqW3HbE
https://youtube.com/shorts/G3sc1Z61iMg
https://youtube.com/shorts/g4c65rkTmOA
https://youtube.com/shorts/Gcrl-iTO11o
https://youtube.com/shorts/GPk7hUGVx5g
https://youtube.com/shorts/GQRiHVNAdh4
https://youtube.com/shorts/gzRbRa6Lt20
https://youtube.com/shorts/h1OnEroaiDw
https://youtube.com/shorts/H3hcsFHMW6Y
https://youtube.com/shorts/h78Jz9A3FIU
https://youtube.com/shorts/hsqd0UYd3Vw
https://youtube.com/shorts/hxcSDmgL9qU
https://youtube.com/shorts/IJ11NoohZAA
https://youtube.com/shorts/IrGr2_6U5vo
https://youtube.com/shorts/JPXV87Bm9AE
https://youtube.com/shorts/JrWtNpD7uSY
```

```
https://youtube.com/shorts/jwbyslWxrjs
https://youtube.com/shorts/L0iCe9qAIcw
https://youtube.com/shorts/luqpM5Cm2Lk
https://youtube.com/shorts/m2dN6v_Ko7A
https://youtube.com/shorts/N6LNSUhoNxs
https://youtube.com/shorts/nk-EFaJshps
https://youtube.com/shorts/Nzd3d2nNGK8
https://youtube.com/shorts/Oh9cqnSaRnA
https://youtube.com/shorts/qCoz5NfzGR8
https://youtube.com/shorts/QjZo3DVSquM
https://youtube.com/shorts/R7SSiQLYlYs
https://youtube.com/shorts/rbrd9MtRdGU
https://youtube.com/shorts/RSWL3IVGOwg
https://youtube.com/shorts/rZq2L5eotU4
https://youtube.com/shorts/S0LevukC10o
https://youtube.com/shorts/tTv3UmvoA3o
https://youtube.com/shorts/un6vjHFrZw0
https://youtube.com/shorts/urBRNqNdz70
https://youtube.com/shorts/vicMya837r0
https://youtube.com/shorts/wfyk9tVWIVs
https://youtube.com/shorts/wr1-PJTTOjQ
https://youtube.com/shorts/x6AFMvyFXfU
https://youtube.com/shorts/xDRU94Xgzcw
https://youtube.com/shorts/Xk2nIi1CGzU
https://youtube.com/shorts/XwsnGUJjekM
https://youtube.com/shorts/xYm3UQOt8A8
https://youtube.com/shorts/Y59taYccc1I
https://youtube.com/shorts/YkW3OxxCEaM
https://youtube.com/shorts/YNZ9akKG374
https://youtube.com/shorts/yu2ElsIHmXU
https://youtube.com/shorts/Z-jjR-NHEaw
https://youtube.com/shorts/_b9ZziJNncs
https://youtube.com/shorts/_LeZjXIy73M
```