UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE MARIA DeCASTRO,<br>a/k/a CHILLE DeCASTRO,<br>a/k/a DELETE LAWZ,<br><br>    *Plaintiff and Defendant-in-*<br>    *Counterclaim*<br><br>    v.<br><br>JOSHUA ABRAMS a/k/a<br>ACCOUNTABILITY FOR ALL and<br>KATE PETER a/k/a<br>MASSHOLE TROLL MAFIA,<br><br>    *Defendants and Plaintiffs-in-*<br>    *Counterclaim*, and<br><br>GOOGLE LLC,<br><br>    *Defendant*. | Case No. 1:22-cv-11421-ADB |

**CORPORATE DISCLOSURE STATEMENT OF GOOGLE LLC**

1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: May 23, 2023

Respectfully submitted,

GOOGLE LLC

By its attorneys,

*/s/ Matthew D. Gorman*
Matthew D. Gorman (BBO No. 569406)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Boston Place
201 Washington Street, Suite 200
Boston, Massachusetts 02109
Telephone: (617) 598-7800
Facsimile: (866) 974-7329
*mgorman@wsgr.com*

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document was filed through the CM/ECF system and will be served electronically to the registered participants identified on the Notice of Electronic Filing, and that non-registered participants (if any) have been served today by U.S. Mail.

Respectfully submitted,

*/s/ Matthew D. Gorman*
Matthew D. Gorman