UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE MARIA DeCASTRO,<br>a/k/a CHILLE DeCASTRO,<br>a/k/a DELETE LAWZ,<br><br>    *Plaintiff and Defendant-in-Counterclaim*<br><br>    v.<br><br>JOSHUA ABRAMS a/k/a<br>ACCOUNTABILITY FOR ALL and<br>KATE PETER a/k/a<br>MASSHOLE TROLL MAFIA,<br><br>    *Defendants and Plaintiffs-in-Counterclaim*, and<br><br>GOOGLE LLC,<br><br>    *Defendant*. | Case No. 1:22-cv-11421-ADB |

## DECLARATION OF BENJAMIN D. MARGO
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Benjamin D. Margo, state as follows:

1. I am an attorney licensed to practice law in New York, California, and the District of Columbia.

2. I am an associate at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., 1301 Avenue of the Americas, 40th Floor, New York, New York 10019.

3. I am also admitted to practice in the United States District Courts for the Southern District of New York, the District of the District of Columbia, the Western District of Michigan, the Northern District of California, and the Central District of California, and the United States Court of Appeals for the First Circuit.

4. I am a member in good standing in every jurisdiction where I am admitted to

-2-

practice.

5.	I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against me in any jurisdiction.

6.	I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7.	I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2023.

Benjamin D. Margo

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document was filed through the CM/ECF system and will be served electronically to the registered participants identified on the Notice of Electronic Filing, and that non-registered participants (if any) have been served today by U.S. Mail.

Dated: May 23, 2023                              Respectfully submitted,

                                                 WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation

                                                 　　　*/s/ Matthew D. Gorman*
                                                 Matthew D. Gorman (BBO #569406)
                                                 28 State Street, 37th Floor
                                                 Boston, Massachusetts 02109
                                                 Telephone: (617) 598-7800
                                                 Facsimile: (866) 974-7329
                                                 Email: mgorman@wsgr.com

                                                 *Counsel for Defendant Google LLC*