UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE MARIA DeCASTRO, a/k/a CHILLE DeCASTRO, a/k/a DELETE LAWZ,<br><br>*Plaintiff and Defendant-in-Counterclaim*<br><br>v.<br><br>JOSHUA ABRAMS a/k/a ACCOUNTABILITY FOR ALL and KATE PETER a/k/a MASSHOLE TROLL MAFIA,<br><br>*Defendants and Plaintiffs-in-Counterclaim*, and<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:22-cv-11421-ADB |

### DEFENDANT GOOGLE LLC'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO TRANSFER OR DISMISS

Defendant Google LLC ("Google") respectfully moves this Court, pursuant to D. Mass. Local Rule 7.1(b)(3), for leave to file a reply in further support of its motion to transfer or dismiss. *See* Mot. (ECF No. 121). If allowed, the reply would be no more than 5 pages, and would be submitted on June 13, 2023 or within ten days of the Court's order, whichever is later.

Most of the arguments in Plaintiff's opposition brief require little response, as their defects are readily apparent. *See* Opp. (ECF No. 123). But at least two of Plaintiff's arguments are worth addressing in a short reply. First, Plaintiff tries to remedy his failure to allege copyright registration before filing suit as required by 17 U.S.C. § 411(a) by introducing the unpled allegation that he "registered at least one key video in [his] complaint." Opp. at 4. If allowed,

1

Google will explain on reply that even if Plaintiff could amend his First Amended Complaint ("FAC") to allege that one of his hundreds of supposedly infringed works is registered, this could not satisfy the pre-registration requirement. Google would provide a short declaration to the effect that Plaintiff is evidently referring to "My Wrongful Arrest" (Reg. No. PA0002398490), a video registered *after* Plaintiff brought this action. Belated registration of one work after filing suit does not satisfy § 411(a). *See Cortés-Ramos v. Martin-Morales*, No. 16-1223 (DRD), 2020 U.S. Dist. LEXIS 152384, at *9 (D.P.R. Aug. 21, 2020) (collecting cases).

Second, Plaintiff claims he did not license his videos to YouTube and asserts that "[t]he key video in this litigation was never published on YouTube." Opp. at 4. If allowed, Google will demonstrate on reply that this assertion contradicts Plaintiff's own allegations. *See* FAC (ECF No. 62) ¶¶ 4, 13-19; Supp. Compl. (ECF No. 79) ¶¶ 9-10. Further, Plaintiff trains his argument on a different license than the one relied upon by Google in its motion. *Compare* Mot. at 5 (quoting the "License to YouTube" in Ex. A at 8) *with* Opp. at 4 (quoting the "License to Other Users" in Ex. A at 9).

Google therefore requests an opportunity to address Plaintiff's arguments.

        Respectfully submitted,

        GOOGLE LLC

        By its attorneys,

        */s/ Matthew D. Gorman*

| | |
|---|---|
| Benjamin Margo (*pro hac vice*) | Matthew D. Gorman (BBO No. 569406) |
| WILSON SONSINI GOODRICH & ROSATI | WILSON SONSINI GOODRICH & ROSATI |
| Professional Corporation | Professional Corporation |
| 1301 Avenue of the Americas, 40th Floor | One Boston Place |
| New York, New York 10019 | 201 Washington Street, Suite 200 |
| Telephone: (212) 999-5800 | Boston, Massachusetts 02109 |
| Facsimile: (212) 999-5899 | Telephone: (617) 598-7800 |
| *bmargo@wsgr.com* | Facsimile: (866) 974-7329 |
| | *mgorman@wsgr.com* |

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Undersigned counsel certifies that counsel for Defendant Google LLC ("Google") conferred with counsel for Defendants Joshua Abrams and Kate Peter via email regarding this motion on June 1, 2023. Both defendants indicated that they assent to Google filing a reply brief. Counsel for Google exchanged emails with *pro se* Plaintiff Jose DeCastro regarding the motion on June 1 and June 2, 2023. Plaintiff opposes allowing Google to file a reply brief.

Dated: June 2, 2023   Respectfully submitted,

*/s/ Matthew D. Gorman*
Matthew D. Gorman (BBO No. 569406)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Boston Place
201 Washington Street, Suite 200
Boston, Massachusetts 02109
Telephone: (617) 598-7800
Facsimile: (866) 974-7329
*mgorman@wsgr.com*

## CERTIFICATE OF SERVICE

 Undersigned counsel certifies that this document was filed through the CM/ECF system and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities.

Dated: June 2, 2023         Respectfully submitted,

                */s/ Matthew D. Gorman*
                Matthew D. Gorman (BBO No. 569406)
                WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation
                One Boston Place
                201 Washington Street, Suite 200
                Boston, Massachusetts 02109
                Telephone: (617) 598-7800
                Facsimile: (866) 974-7329
                *mgorman@wsgr.com*