UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE MARIA DeCASTRO, a/k/a CHILLE DeCASTRO, a/k/a DELETE LAWZ,<br><br>*Plaintiff and Defendant-in-Counterclaim*<br><br>v.<br><br>JOSHUA ABRAMS a/k/a ACCOUNTABILITY FOR ALL and KATE PETER a/k/a MASSHOLE TROLL MAFIA,<br><br>*Defendants and Plaintiffs-in-Counterclaim*, and<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:22-cv-11421-ADB<br><br>Leave to file reply brief granted on June 5, 2023 (ECF No. 126) |

**DECLARATION OF BENJAMIN MARGO
IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY IN FURTHER SUPPORT
OF ITS MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA
<u>OR, IN THE ALTERNATIVE, TO DISMISS</u>**

I, Benjamin Margo, do state and declare as follows:

1. I am an attorney admitted *pro hac vice* to practice in this Court, appearing on behalf of Defendant Google LLC in the above-captioned action. ECF Nos. 120, 122. I make this declaration based on personal knowledge.

2. On June 13, 2023, I searched the U.S. Copyright Office's publicly accessible database to determine if Plaintiff Jose Maria DeCastro has registered any copyrighted works. Specifically, I searched the "Official Public Catalog (1978-Present)," accessible at https://www.copyright.gov/public-records/.

3. The search produces only one relevant result: a motion picture registered by Jose DeCastro titled "My Wrongful Arrest," Registration Number PA0002398490, with a Date of Creation listed as the year "2015," a Date of Publication of December 19, 2022, and a registration date of February 2, 2023.

4. I saved an image of the relevant search result page, which accurately reflects the information displayed on the U.S. Copyright Office database. A true and correct copy is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 14, 2023, in Hudson County, New Jersey.

*/s/ Benjamin Margo*
Benjamin Margo