# Exhibit A




Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002398490
Search Results: Displaying 1 of 1 entries

*My Wrongful Arrest.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002398490 / 2023-02-02 |
| **Application Title:** | untitled. |
| **Title:** | My Wrongful Arrest. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Jose DeCastro. Address: 1258 Franklin St., Santa Monica, CA, 90404, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2022-12-19 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jose DeCastro; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Jose DeCastro, chille@situationcreator.com |
| **Names:** | DeCastro, Jose |



| Save, Print and Email (Help Page) |
|:---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                     Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page