UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Jose Maria DeCastro**
       Plaintiff

      V.

CIVIL ACTION

NO. 1:22-cv-11421-ADB

**Joshua Abrams et al**
       Defendants

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Memoranda and Orders dated July 11, 2023, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

7/11/2023
Date

/s/ Caetlin McManus
Deputy Clerk